UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br><br>    v.<br><br>CHARLES PATEL, JR.<br><br>       Defendant. | Criminal No. 04-CR-10230-JLT |

REPORT REGARDING STATUS OF COUNSEL

    Pursuant to U.S. Magistrate Judge Collings' instructions to undersigned counsel at the August 11, 2004 initial appearance and arraignment of Defendant Charles Patel Jr., undersigned counsel makes the following report regarding the status of Mr. Patel's retention of counsel:

    1.    Since August 11, 2004, Mr. Patel has repeatedly informed undersigned counsel, who previously entered a limited appearance for purposes initial appearance and arraignment only, that he intends to retain undersigned counsel for all purposes in this case.

    2.    However, as of the time of filing this report, Mr. Patel has not provided undersigned counsel with all of the items necessary for undersigned counsel to enter a general appearance.  Mr. Patel has provided assurances to undersigned counsel that he will supply those items within the next two or three business days.

    3.    Accordingly, undersigned counsel requests that this Court extend the deadline for him to enter his general appearance by one week, to and including Friday, September 3, 2004.

    4.    Undersigned counsel has contacted counsel for the government about this filing. The government assents to the enlargement of time.  Counsel for the government requested that:

2

(1) the Court's order indicate that the discovery dates reflected in the August 11, 2004 Memorandum and Order be enlarged to commence on September 3, 2004; (2) and that the additional time for obtaining counsel be counted as excludable time under the Speedy Trial Act.

5. Undersigned counsel contacted Mr. Patel about the government's requests and he assents to them.

/s/ Michael B. Galvin
_____
Michael B. Galvin (BBO #630515)
Dwyer & Collora, LLP
600 Atlantic Ave.
Boston, MA 02210
(617-371-1000)

Dated: August 27, 2004