UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHARLES PATEL, JR.<br><br>Defendant. | Criminal No. 04-CR-10230-JLT |

NOTICE OF APPEARANCE

Undersigned counsel, Michael B. Galvin, Esq., enters his appearance as counsel on behalf of the defendant, Charles Patel, Jr., in the above-captioned case.

/s/ Michael B. Galvin
Michael B. Galvin (BBO #630515)
Dwyer & Collora, LLP
600 Atlantic Ave.
Boston, MA  02210
(617-371-1000)

Dated:  September 3, 2004

Certificate of Service

I, Michael B. Galvin, Esq., do hereby certify that I have served a copy of this Notice of Appearance, by mail, upon Assistant U.S. Attorney Adam Bookbinder of the U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210 on the 3rd day of September, 2004.

/s/ Michael B. Galvin
Michael B. Galvin