UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10230-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES PATEL, JR. | ) | |
| a/k/a CHANDRAKANT PATEL, JR. | ) | |
| a/k/a CHANDU PATEL | ) | |
| a/k/a CHANDO PATEL | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO REVOKE OR REVISE CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE

The government asks the Court to revoke or revise the conditions of Charles Patel,

Jr.'s pretrial release on the grounds that he lied to the pretrial services department during

his interview and to the Court during his initial appearance, and that he has violated the

term of his release by continuing to commit federal crimes – specifically, a new bank

fraud scheme.

A.    Patel's statements to pretrial services and the Court

On August 11, 2004, Patel told the pretrial services officer who interviewed him,

and reiterated to the Court, through counsel, that he is so debilitated by dementia (likely

caused by Alzheimer's disease, he claimed) that he cannot function on his own, is under

his wife's constant care, can travel only under the care of his cousin Gary Patel, and can

perform no more than the menial job of superficially looking at hotel rooms to determine

if they are clean.    Based on these representations, his counsel made the reasonable suggestion, with which the government agreed, that $20,000 cash bail would be sufficient to ensure that he appeared for future proceedings.  The parties and the Court also agreed that it appeared that Patel needed a competency evaluation to determine whether the case could proceed.

B.    Reality

1.    San Francisco Probation

Shortly after Patel's initial appearance, FBI Special Agent Debra Robbins spoke to San Francisco Federal Probation Officer Esther Davis, who had been supervising Patel for two years, following the end of his prison sentence for bankruptcy fraud.  As is described in the FBI 302 of that interview (Attachment A), Davis said that she had met Patel in person twice and spoken to him approximately 12 times during the past two years.  She also met with him in person on August 13, 2004, for an exit interview, because his probation finished on August 16.

Patel told Davis that he worked as the vice president of construction for Fiesta Fresh Mexican Grill and gave Davis copies of his pay stubs.  Patel never mentioned, nor did Davis observe, any problems with memory impairment or dementia.  Davis never met, or had any dealings with Patel's wife.  Patel never mentioned to Davis that he worked for a hotel or motel chain, nor did he mention his cousin Gary.

2.    Rockport National Bank

On August 26, 2004, Special Agent Robbins interviewed Maryann Bland, the vice president of commercial lending for Rockport National Bank, in Rockport, Massachusetts (FBI 302 is Attachment B). Bland explained that, in the Fall, 2003, she met with a California businessman, "Chandan" Patel (who used the nicknames "Charles" and "Chuck"), about financing his purchase of a Gloucester, Massachusetts restaurant called McT's Lobster House and Tavern. In December, 2003, after extensive negotiation with "Chandan" Patel and his attorney, the bank executed two loans for the purchase of the restaurant's property and assets and a $900,000 line of credit agreement. While "Chandan" Patel used his wife Reema's name on the liquor license and the names of his son, Robert, and father, Chhitabhai, the bank officials dealt only with "Chandan."

After closing the financing deal with the bank, "Chandan" Patel remodeled McT's and opened it for business in February, 2004. From that time to the present, Bland stopped by the restaurant several times a week, and during the majority of those visits, "Chandan" Patel was there. He ran the restaurant and handled its banking, according to Bland, who described him as intelligent, knowledgeable, and charming.

At some point after Patel's initial appearance on August 11, 2004, Bland read the U.S. Attorney's Office's press release describing his bank fraud indictment and became concerned that Charles Patel, Jr. and "Chandan" Patel might be the same person. So Bland asked "Chandan," both over the phone and in person, if he was the same Charles

3

Patel that had been indicted; both times, he said that he was not – that the Charles Patel in the indictment was his cousin.  But shortly thereafter, FBI agents gave Bland a copy of the mug shot that the Marshal's Service took of Patel on the day of his initial appearance, and Bland recognized the person in the picture as the bank's customer, "Chandan" Patel. The bank then drafted a letter demanding that Patel immediately close his accounts; Bland brought the letter to McT's restaurant, where she confronted Patel with the mugshot and asked him to sign the letter; and Patel acquiesced and agreed to sign the letter.

According to the information Patel provided in 1999 to the Illinois probation officer preparing the PSR for his bankruptcy fraud sentencing, "Chandan" Patel is, in fact, his sister.  The Massachusetts pretrial services report from Patel's August 11, 2004 interview, lists his sister's name as "Shannon," and it is not clear whether Patel was intentionally distorting the name or whether there was a transcription error caused by Patel's accent.[1]  Patel also told the pretrial services officer that he was born in 1950.  But during the course of obtaining the mortgage and loan from Rockport National Bank, Patel showed the bank a California drivers license with what appears to be his photograph, the name "Chandan Patel," a birth date of 3/15/56, and an address of 7851 Galway Court,

---

[1] Because information in pretrial reports is confidential, the government does not have a copy to attach to this motion and is instead relying on notes that the assistant U.S. Attorney took during a review of the report.  While the government does have a copy of the Illinois PSR, it has chosen not to attach that report because of similar concerns about confidentiality.  The government could, however, provide the PSR to the Court under seal if that would be helpful.

Dublin, CA (Attachment C).   Not surprisingly, the California Department of Motor Vehicles has no record of this license.  The DMV does, however, have a license for a female Chandan Patel, at the same address, with a different license number.  It appears, therefore, that Patel used his sister's identity to obtain a fake driver's license, and then used the fake license and phony identity to borrow almost $1 million from Rockport National Bank.   He continued this bank fraud scheme after his August 11, 2004 arraignment until the bank discovered the fraud and took steps to end its relationship with him.

C.    Conclusion

For the above reasons, the government asks the Court to schedule a hearing to address whether it should revoke Patel's release or set more restrictive release conditions.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

Adam J. Bookbinder
Assistant U.S. Attorney

Dated: September 7, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by fax:

Michael Galvin, Esq.
Dwyer & Collora
600 Atlantic Ave.
Boston, MA 02110
Fax # 617-371-1037

September 7, 2004

Adam J. Bookbinder