UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10230-JLT |
| ) | |
| v. ) | |
| ) | |
| CHARLES PATEL, JR. ) | |
| a/k/a CHANDRAKANT PATEL, JR. ) | |
| a/k/a CHANDU PATEL ) | |
| a/k/a CHANDO PATEL ) | |

GOVERNMENT'S (ASSENTED-TO) MOTION TO
SEAL ATTACHMENTS TO MOTION TO REVOKE RELEASE

The government, with the defendant's assent, asks the Court to order that the attachments to its Motion to Revoke or Revise Conditions of Pretrial Release be sealed and removed from the Court's electronic case filing system. The government makes this request because the attachments include an FBI 302 from an interview with a bank employee, and this 302 lists the employee's date of birth and social security number, information that should not be included in a publicly-filed document.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Adam J. Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: September 22, 2004