# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2004-10230-JLT

CHARLES PATEL, JR., ETC.,
        Defendant.

## *ORDER ON GOVERNMENT'S MOTION TO REVOKE OR REVISE CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE (#7)*

COLLINGS, U.S.M.J.

After hearing, it is ORDERED that the Government's Motion to Revoke or Revise Conditions of Defendant's Pretrial Release (#7) be, and the same hereby is, ALLOWED only to the extent that it is ORDERED that the Conditions of Release set in this case on August 11, 2003 be, and the same hereby are, AMENDED to the extent that the following Conditions of Release are ADDED:

> The defendant shall be subject to electronic monitoring FORTHWITH at 23 Charthouse Lane, Foster City, California ("the residence") and may not

leave the residence except (a) for the purpose of attending a previously scheduled appearance in a court, (b) for the purpose of visiting an attorney who is representing him in a pending criminal matter, (c) for routine medical appointments, and (d) for the purpose of seeking emergency medical care. Permission to leave the residence for the above-stated purposes (a), (b), or (c) is conditioned on the defendant complying with all of the requirements imposed by the Pre-Trial Services, including that Pre-Trial Services be given at least 48 hours notice. Permission to leave the residence for the above-stated purpose (d) is conditioned on the defendant giving Pre-Trial Services as prompt notice as is reasonably possible.

All features on the telephone which are incompatible with electronic monitoring must be removed FORTHWITH.

The defendant shall not, either directly or indirectly, open any new lines or credit or make any applications for any sort of credit or credit cards while on release without prior permission of Pre-Trial Services.

All other conditions of release set on August 11th remain in full force and effect.

Review of the within Order may be had by the defendant filing a motion pursuant to 18 U.S.C. Sec. 3145(a) seeking review by Judge Tauro.

It is ORDERED that the attachments to the Government's Motion, Etc. (#7) be, and the same hereby are, SEALED.

It is FURTHER ORDERED that the Government's Motion to Revoke or

Revise Conditions of Defendant's Pretrial Release (#7) be, and the same hereby is, otherwise DENIED.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: September 22, 2004.