AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CHARLES PATEL, JR., aka CHANDRAKANT PATEL, JR.
aka CHANDU PATEL, aka CHANDO PATEL

**WARRANT FOR ARREST**

CASE NUMBER: 04CR 10230 JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHARLES PATEL, Jr., a/k/a CHANDRAKANT PATEL, JR., a/k/a CHANDU PATEL, a/k/a CHANDO PATEL               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK FRAUD

in violation of Title  18  United States Code, Section(s)  1344 (1)

_____
Name of Issuing Officer

Supervisor
Title of Issuing Officer

_____
Signature of Issuing Officer

8-5-04  Boston, MA
Date and Location

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/11/04 | | |

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON

This form was electronically produced by Elite Federal Forms, Inc.