# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                  CRIMINAL NO. 2004-10230-RCL

CHARLES PATEL, JR.,
    Defendant.

## *DECLARATION OF FORFEITURE OF BAIL*

COLLINGS, U.S.M.J.

    The defendant having failed to report to Pre-Trial Services as ordered in the Order Setting Conditions of Release (#3), the Court, pursuant to Rule 46(f)(1), Fed. R. Crim. P., hereby declares a forfeiture of the $50,000 bail and the $20,000 cash deposit which was posted pursuant to the Order, Etc. (#3) on August 11, 2004.

    The United States Attorney may file a motion pursuant to Rule 46(f)(3), Fed. R. Crim. P., seeking enforcement of the forfeiture.

    The Clerk shall mail a copy of the within Declaration to the Assistant U.S. Attorney assigned to the case, counsel for the defendant and to the Accounting

Section of this Court. A copy of any motion seeking enforcement shall be served on the Clerk (Accounting Section) and also be mailed to Mr. Charles Patel, Jr., 23 Charthouse Lane, Foster City, California 94404. *See* Rule 46(f)(3)(C), Fed. R. Crim. P.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

October 14, 2004