UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10230-JLT |
| ) | |
| v. ) | |
| ) | |
| CHARLES PATEL, JR. ) | |
| a/k/a CHANDRAKANT PATEL, JR. ) | |
| a/k/a CHANDU PATEL ) | |
| a/k/a CHANDO PATEL ) | |
| _____ ) | |

## GOVERNMENT'S MOTION FOR BOND FORFEITURE JUDGMENT

The United States asks this court, pursuant to 18 U.S.C. § 3146(d) and Rule 46(f) of the Federal Rules of Criminal Procedure, to enter a bail forfeiture judgment, against defendant Charles Patel, Jr., in the amount of $50,000, including the cash security for bail, in the amount of $20,000, previously deposited with the U.S. District Court Clerk's Office.

In support of this motion, the government states:

1. On August 4, 2004, Charles Patel, Jr. was charged in the above-captioned indictment with bank fraud, in violation of 18 U.S.C. § 1344(1), and was placed on pretrial release.

2. As a condition of his release, Magistrate Judge Collings required Patel to post a $50,000 bond, with $20,000 of that amount in cash.

3. In September, the government learned that Patel had continued to perpetrate a second, ongoing bank fraud while on pretrial release, and the government therefore moved

to have his release revoked or the conditions modified. In its September 22, 2004 Order, the Court allowed this motion in part and ordered Pretrial Services to place the defendant on electronic monitoring.

4. Patel failed, however, to report to Pretrial Services as ordered; he severed all communication with the pretrial officer who was supervising him; and he has become a fugitive. On October 14, 2004, the Court declared a forfeiture of his bail and issued a warrant for Patel's arrest.

The United States therefore respectfully requests that the court enter the attached Bond Forfeiture Judgment against defendant Patel in the amount of $50,000, including the $20,000 previously deposited with the U.S. District Court Clerk's Office. The entire sum should be forfeited to the forfeited to the United States Treasury for deposit in the Crime Victims Fund (42 U.S.C. § 10601(b)(3)).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Adam J. Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney

Dated:   December 20, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have served upon the people listed below a copy of this document by United States mail:

Michael Galvin, Esq.
Dwyer & Collora
600 Atlantic Ave.
Boston, MA 02110

Charles Patel, Jr.
23 Charthouse Lane
Foster City, CA 94404

District Court Clerk's Office (Accounting Section)
Moakley U.S. Courthouse
Boston, MA 02210

December 20, 2004

Adam J. Bookbinder

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>CHARLES PATEL, JR.                       )<br>a/k/a CHANDRAKANT PATEL, JR.   )<br>a/k/a CHANDU PATEL                       )<br>a/k/a CHANDO PATEL                       )<br>_____ ) | CRIMINAL NO. 04-10230-JLT |

BOND FORFEITURE JUDGMENT

The Court declares that, pursuant to Fed. R. Crim. P. 46(f)(3), the $20,000 cash bond that defendant Charles Patel, Jr. posted is forfeited to the United States Treasury for deposit in the Crime Victims Fund (42 U.S.C. § 10601(b)(3)); and, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America have and recover from the defendant, judgment in the amount of $50,000.

JOSEPH L. TAURO
United States District Judge

Dated: _____

1