## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-10230-JLT |
| v. | |
| CHARLES PATEL, JR.<br>a/k/a CHANDRAKANT PATEL, JR.<br>a/k/a CHANDU PATEL<br>a/k/a CHANDO PATEL | |

### BOND FORFEITURE JUDGMENT

The Court declares that, pursuant to Fed. R. Crim. P. 46(f)(3), the $20,000 cash bond

that defendant Charles Patel, Jr. posted is forfeited to the United States Treasury for deposit

in the Crime Victims Fund (42 U.S.C. § 10601(b)(3)); and, IT IS HEREBY ORDERED,

ADJUDGED, AND DECREED that the United States of America have and recover from the

defendant, judgment in the amount of $50,000.


JOSEPH L. TAURO
United States District Judge

Dated: _____ 4/12/06

1