## United States District Court
### Northern District of Ohio
#### Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri Smith
Clerk of Court

(216) 357-7000

April 11, 2006

VIA REGULAR MAIL AND FACSIMILE

Office of the Clerk
Attn: Zita Lovett
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   U.S.A. vs. Charles Patel, Jr. aka Chandrakant Patel, Jr. aka Chandu Patel aka Chado Patel
      U.S. District Court, Northern District of Ohio Case No. 4:06M6021
      U.S. District Court, District of Massachusetts Case No. 04-CR-10230-JLT

To the Clerk:

Enclosed please find the following with regard to the Rule 5 proceedings held in the above-captioned matter before Magistrate George J. Limbert on April 10, 2006:

1.   Original Waiver of Removal Hearing which was executed by Defendant, defense counsel and the Court;

2.   A copy of the Commitment to Another District dated 4/10/06;

3.   A certified copy of our docket in this matter.

Upon receipt of these documents, please return a time-stamped copy of this letter to the undersigned in the enclosed, self-addressed, stamped envelope. Thank you for your assistance.

Very truly yours,

Geri M. Smith
Clerk, U. S. District Court

By: _____
Linda P. Rhein
Deputy Clerk

---

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43624-1347
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400

FILED

2006 APR 10 PM 5:05

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:06M6021 |
| | ) | |
| Plaintiff | ) | MAGISTRATE JUDGE LIMBERT |
| | ) | |
| v. | ) | |
| | ) | WAIVER OF REMOVAL HEARING |
| CHARLES PATEL, JR. | ) | |
| aka CHANDRAKANT PATEL, JR. | ) | |
| aka CHANDU PATEL | ) | |
| aka CHANDO PATEL | ) | |
| | ) | |
| Defendant | ) | |

I, Charles Patel, Jr. aka Chandrakant Patel, Jr. aka Chandu Patel aka Chando Patel, understand that charges are pending in the District of Massachusetts, alleging violation of Defendant's failure to comply with conditions of Pretrial Release, and that I have been arrested in the Northern District of Ohio and taken before United States Magistrate Judge George J. Limbert, who informed me of the charge(s) and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

(X) preliminary hearing

( ) identity hearing, and have been informed I have no right to a preliminary hearing

(X) identity hearing, but request a preliminary hearing be held in the prosecuting district, and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Dated: April 10, 2006

_____
Defendant

_____
Defendant's counsel

APPROVED:

_____
GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Northern__ District of __Ohio__

| UNITED STATES OF AMERICA<br>V.<br>Charles Patel, Jr. aka Chandrakant Patel, Jr. | COMMITMENT TO ANOTHER DISTRICT<br><br>4:06 M 6021 |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4:06M6021 N/Ohio | 04 CR 10230 Mass | 4:06M6021 N/OH | 04 CR 10230 Mass |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. § 1344(1) Bank Fraud; 18 U.S.C. 982(a)(2)(A) Criminal Forfeiture

**DISTRICT OF OFFENSE**
Massachusetts

**DESCRIPTION OF CHARGES:**
Failure to comply with conditions of Defendant's Pretrial Release

**CURRENT BOND STATUS:**
☐ Bail fixed at $_____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☒ Retained Own Counsel  ☐ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4/10/2006
Date                                  Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

[Filed stamp: CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF OHIO, YOUNGSTOWN, 2006 APR 10 PM 5:05]

3

Termed

# U.S. District Court
## Northern District of Ohio (Youngstown)
### CRIMINAL DOCKET FOR CASE #: 4:06-mj-06021-GJL-ALL

Case title: United States of America v. Patel
Other court case number: 04-CR-10230-JTL
U.S.D.C., District of Massachusetts

Date Filed: 04/10/2006

I hereby certify that this instrument, document no. _____ _____ is a **true and correct copy of the electronically filed original.**
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _____
Deputy Clerk

Assigned to: Magistrate Judge George J. Limbert

### Defendant

**Charles Patel, Jr. (1)**
*TERMINATED: 04/10/2006*
*also known as*
Chandrakant Patel, Jr. (1)
*TERMINATED: 04/10/2006*
*also known as*
Chando Patel (1)
*TERMINATED: 04/10/2006*
*also known as*
Chandu Patel (1)
*TERMINATED: 04/10/2006*

represented by **Michael J. McGee**
Harrington, Hoppe & Mitchell
Ste. 500
108 Main Avenue, SW
P.O. Box 1510
Warren, OH 44482
330-392-1541
Fax: 330-394-6890
Email: mmcgee@hhmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

**Highest Offense Level
(Terminated)**
None

**Complaints**                              **Disposition**

18:1344(1) Bank Fraud, 18:982(a)
(2)(A) Criminal Forfeiture

---

**Plaintiff**

**United States of America**         represented by   **Linda H. Barr**
                                                     Office of the U.S. Attorney
                                                     325 City Centre One
                                                     100 East Federal Plaza
                                                     Youngstown, OH 44503
                                                     330-740-6984
                                                     Fax: 330-746-0239
                                                     Email: linda.barr@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2006 | ⊙ | Arrest (Rule 40) of Charles Patel, Jr on 4/10/06. (R, Li) (Entered: 04/11/2006) |
| 04/10/2006 | ⊙1 | Rule 40 Warrant received as to Charles Patel, Jr. (Attachments: #(1) Indictment as to Charles Patel, U.S.D.C., District of Massachusetts, case no. 04-CR-10230-JLT; #(2) Declaration of Forfeiture of Bail, Case No. 04-CR-10230).(R, Li) (Entered: 04/11/2006) |
| 04/10/2006 | ⊙ | Minutes of proceedings [non-document] before Magistrate Judge George J. Limbert.Initial Appearance as to Defendant Charles Patel, Jr. held on 4/10/2006; Waiver of Removal Hearing executed; defendant requested that a Preliminary Hearing be held in the U.S.D.C., District of Massachusetts; Defendant remanded to the custody of the U.S. Marshal; U.S. Marshal directed to attend to the medical needs of defendant as he has been diagnosed with Type II Diabetes and Alzheimer's Disease. Time: 15 min. (Court Reporter Mahnke) (R, Li) Modified docket text on 4/11/2006 (R, Li). (Entered: |

| | | |
|---|---|---|
| | | 04/11/2006) |
| 04/10/2006 | 2 | Waiver of Rule 5(c)(3) Hearing by Defendant Charles Patel, Jr. Approved by Magistrate Judge George J. Limbert on 4/10/06. (R, Li) (Entered: 04/11/2006) |
| 04/10/2006 | 3 | Warrant of Removal/Commitment to the U.S.D.C., District of Massachusetts issued as to Defendant Charles Patel, Jr. signed by Magistrate Judge George J. Limbert on 4/10/06. (R, Li) (Entered: 04/11/2006) |
| 04/11/2006 | 4 | Letter regarding Rule 5 proceedings initiated out of the U.S.D.C., District of Massachusetts as to Defendant Charles Patel, Jr. with request for acknowledgment. (R, Li) Modified text on 4/11/2006 (R, Li). (Entered: 04/11/2006) |