AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

USA

v.

Charles Patel

Case 04-CR-10230-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Charles Patel for limited purpose of presenting assented-to motion to withdraw as legal counsel, filed by Michael D. Coatum of Dwyer & Collora, LLP

I certify that I am admitted to practice in this court.

April 20, 2006
Date

Signature: [Sara Noonan]

Sara Noonan     645293
Print Name     Bar Number

600 Atlantic Ave.
Address

Boston     MA     02210
City     State     Zip Code

(617) 371-1000     (617) 371-1037
Phone Number     Fax Number

snoonan@dwyercollora.com
E-mail