UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES PATEL, JR.<br><br>　　　　Defendant. | Criminal No. 04-CR-10230-JLT |

ASSENTED-TO MOTION TO WITHDRAW AS LEGAL COUNSEL

　　Michael B. Galvin, Esquire, hereby moves to withdraw as legal counsel Defendant Charles Patel, Jr., and to allow Mr. Patel to retain new counsel or to have replacement counsel appointed for him.  Mr. Patel and the government both assent to this Court allowing this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Michael B. Galvin_____
　　　　　　　　　　　　　　　　　　　　Michael B. Galvin
　　　　　　　　　　　　　　　　　　　　(BBO #630515)
　　　　　　　　　　　　　　　　　　　　Dwyer & Collora, LLP
　　　　　　　　　　　　　　　　　　　　600 Atlantic Ave.
　　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　　(617-371-1000)

Dated:  April 24, 2006


CERTIFICATE OF SERVICE

　　I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 24, 2006.


　　　　　　　　　　　　　　　　　　　　/s/ Michael B. Galvin_____

Case 1:04-cr-10230-JLT   Document 19   Filed 04/24/2006   Page 2 of 2