UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Criminal No 04-10230-JTL |
| | ) |
| **CHARLES PATEL, JR.** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARNACE

Attorney Robert L. Peabody, of Nystrom Beckman & Paris, 10 St James Avenue, 16th Floor, Boston, MA 02116, hereby files its Appearance on behalf of defendant Charles Patel, Jr. ("Patel") in connection with all proceedings pending before the United State District Court in the above captioned criminal matter. All correspondence and other Court-related communications/correspondence should be directed to Attorney Robert L. Peabody at the office address provided.

Respectfully submitted,

**CHARLES PATEL, JR.**
by his attorney,

**s/ Robert L. Peabody**
Robert L. Peabody
BBO No. 551936
Nystrom, Beckman, & Paris
16th Floor
10 St. James Avenue
Boston, MA 02116
617 778-9103

Dated: April 26, 2006