AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FILED
IN CLERK'S OFFICE

2006 APR 28 P 2: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CHARLES PATEL, JR., aka CHANDRAKANT PATEL, JR., aka CHANDU PATEL, aka CHANDO PATEL | **WARRANT FOR ARREST**<br><br>Case Number: 04-CR-10230-JLT |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Charles Patel, Jr., see above and attached for alias
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☑ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Failure to comply with conditions Defendant's Pretrial Release.

2004 SEP 28 P 4: 31
RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of Title _____ United States Code, Section(s) _____

Name of Issuing Officer: **HON. ROBERT B. COLLINGS**
**UNITED STATES MAGISTRATE JUDGE**
United States District Court
Title of Issuing Officer: John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

Signature of Issuing Officer

9/28/2004        Boston, MA
Date              Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY FBI D/OIT
BY ARREST/ARRAIGNMENT OF
DEFENDANT ON 4/10/2006

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |