UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHARLES PATEL, JR. )<br>)<br>Defendant. ) | Criminal No 04-10230-JTL |

### ASSENTED TO MOTION TO CONTINUE INITIAL STATUS CONFERENCE TO WEEK OF JUNE 12 – 15, 2006

Defendant Charles, Patel, Jr. by his attorney, Robert L. Peabody, Esq. of Nystrom Beckman & Paris, respectfully moves this Honorable Court to continue the Initial Status Conference, and scheduled pursuant to Local Rule 116.5(A), from June 8, 2006 to a date and time during the week of June 12 through June 15, 2006.  In support, defense counsel has a personal conflict on the June 8, 2006 – the most recent Initial Status Conference date set by the Court – making his appearance problematic on that day.

Defense counsel has conferred with government counsel, Adam Bookbinder, Esq. and he assents to the defendant's motion.

    Respectfully submitted,

    **CHARLES PATEL, JR.**
    by his attorney,

    **s/ Robert L. Peabody**
    Robert L. Peabody
    BBO No. 551936
    Nystrom, Beckman, & Paris
    10 St. James Avenue, 16th floor
    Boston, MA 02116
    617 778-9103

Dated: May 29, 2006