UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHARLES PATEL, JR. )<br>a/k/a CHANDRAKANT PATEL, JR.)<br>a/k/a CHANDU PATEL )<br>a/k/a CHANDO PATEL )<br>) | CRIMINAL NO. 04-10230-JLT |

JOINT MEMORANDUM FOR INITIAL STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(A).

(1)   Relief from Rule 116.3 – Discovery Motion Practice:

The parties do not request relief from the schedule set out in Local Rule 116.3.

(2)   Expert witness discovery:

The government does not anticipate offering expert witness testimony in this case. The government does, however, intend to present testimony from an FBI financial analyst explaining how the check clearing process works generally and how Patel executed the check kite scheme charged in this case. To the extent that this evidence constitutes expert testimony, the substance of the testimony is contained in the transcript of FBI Analyst Kelly Webber's grand jury testimony, which the government will provide to the defendant upon request.

(3)     Additional discovery:

The government has produced the automatic discovery required under the Local Rules. Defense counsel will need more time to review this material.

(4)     Motion date:

The parties agree that it is premature, at this point, to set a schedule for other motions, because the defendant does not yet know what, if any, motions he will need to file.

(5)     Excludable delay:

The parties jointly ask the Court to exclude the following periods of time:

> August 11, 2004 (the initial appearance) through September 8, 2004 (28 days), under Local Rule 112.2(A)(2);
>
> September 7, 2004 through September 22, 2004, under 18 U.S.C. §3161(h)(1)(F), because the government's motion to Revoke or Revise Conditions of Release was pending during this time;
>
> September 22, 2004 through April 20, 2006, under 18 U.S.C. §§3161(h)(3)(A) and (h)(3)(B), because the defendant was absent during this time;
>
> April 20, 2006 through the date of the next status conference, under 18 U.S.C. §3161(h)(8)(A) because defense counsel has needed and will need this time to become familiar with the factual and legal issues, review the discovery material, and prepare proposed conditions of release.

(6)     Trial likelihood and length:

If there is a trial, it will likely last approximately one week.

(7)     Final/interim status conference:

The parties ask the Court to schedule an interim status conference the week of August 21, 2006.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | ROBERT L. PEABODY<br>Counsel for Patel |
| By:    /s/ Adam Bookbinder    <br>       Adam J. Bookbinder<br>       Assistant U.S. Attorney |    /s/ Robert Peabody    <br>Nystrom, Beckman & Paris<br>10 St. James Avenue, 16th Floor<br>Boston, MA  02116<br>(617) 778-9103 |

Dated: June 12, 2006