# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2004-10230-JLT

CHARLES PATEL, JR., ETC.,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    8/11/2004 - Initial Appearance/Arraignment

    8/12 - 9/8/2004 - Excluded as per L.R. 112.2(A)(2)

    9/7 - 22/2004 - Filing to ruling on Motion #7.

    9/28/2004 - 4/10/2006 - Defendant a fugitive (18 U.S.C. § 3161(h)(2)(A)).

    4/10 - 20/ 2006 - Excluded as per 18 U.S.C. § 3161(h)(1)(G).

    4/20 - 5/9/2006 - Filing to decision on Government's Motion for Detention.

    5/30/2006 - Filing to decision on Motion #23.

6/12/2006 - Conference held.

6/13 - 9/6/2006 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of September 6, 2006, THIRTY-EIGHT (38) non-excludable days have occurred leaving THIRTY-TWO (32) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
June 13, 2006.                    United States Magistrate Judge