# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2004-10230-JLT

CHARLES PATEL, JR., ETC.,
       Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on June 12, 2006; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    The time is extended until July 31, 2006.

(2)    The defendant shall produce full and complete discovery pursuant to Rule 16(b)(1)(C), Fed. R. Crim. P. to counsel for United States ***not less than forty-five (45) working days before trial;*** the United States shall comply with its obligations respecting discovery of

experts pursuant to Rule 16 (a)(1)(G), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3)   No.

(4)   Any non-discovery type motions shall be filed *on or before the close of business on Wednesday, September 6, 2006;* the Government shall file its response/opposition *within the time prescribed by the Local Rules*.

(5)   *See* Order of Excludable Delay entered this date.

(6)   It is unknown whether or not a trial will be necessary; a trial would last about five (5) trial days.

(7)   The Final Status Conference is set for *Thursday, September 7, 2006 at 3:00 P.M.*

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 13, 2006.