26, CLOSED

## U.S. District Court
## Central District of Illinois (Urbana)
### CRIMINAL DOCKET FOR CASE #: 2:98-cr-20040-MPM-ALL

| | |
|---|---|
| Case title: USA v. Patel | Date Filed: 06/03/1998 |

Assigned to: Judge Michael P. McCuskey

**Defendant**

**Chandrakant Patel, Jr** (1)
*TERMINATED: 05/05/2004*
*also known as*
Charles Patel

represented by **Anthony E Novak**
130 W Main Street
Urbana, IL 61801
(217)384-0000
Fax: 217-344-2662
Email: tnovak@novaklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**George D Niespolo**
DUANE MORRIS HECKSHER LLP
100 Spear St
15th Floor
San Francisco, CA 94105
(415) 371-2200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**J William Roberts**
HINSHAW & CULBERTSON
Ste 200
400 S Ninth St
Springfield, IL 62701
217-528-7375
Fax: 217-528-0075
Email: broberts@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Richard A Chapin**
HINSHAW & CULBERTSON
1802 Fox Dr

Champaign, IL 61820
217-352-1400
Fax: 217-352-1401
Email: rchapin@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

18:152.F CONCEAL ASSETS, FALSE OATH AND CLAIMS BRIBERY (On or about 11/16/95 thur 10/18/96 did commit Bankruptcy Fraud in violation of 18:152 and 2.
(2)

18:1957-4999.F FRAUD, OTHER (On or about 11/12/96 thru 12/31/96 did commit Money Laundering in violation of 18 USC 1957(a) and 2.
(3)

**Disposition**

It is the judgment of the court, the defendant is committed to the custody of the BOP for a term of 24 months on each of Counts II and III to be served concurrently. Upon release from incarceration, the defendant is placed on supervised release for a term of 3 years and under special conditions. This term shall consist of 3 years on each of Counts II and III to be served concurrently. He is to pay restitution in the amount of $915,846.21 and a fine of $50,000. He is also to pay a $ ;200 special assessment. All amounts are due immediately.

It is the judgment of the court, the defendant is committed to the custody of the BOP for a term of 24 months on each of Counts II and III to be served concurrently. Upon release from incarceration, the defendant is placed on supervised release for a term of 3 years and under special conditions. This term shall consist of 3 years on each of Counts II and III to be served concurrently. He is to pay restitution in the amount of $915,846.21 and a fine of $50,000. He is also to pay a $ ;200 special assessment. All amounts are due immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:152.F CONCEAL ASSETS, FALSE OATH AND CLAIMS BRIBERY (On or about 11/16/95 thur 10/18/96 did commit Bankruptcy Fraud in violation of 18:152 and 2.

**Disposition**

Upon motion of the Government, Counts I and IV are dismissed.

(1)
18:1957-4999.F FRAUD, OTHER (On or about 11/12/96 thru 12/31/96 did commit Money Laundering in violation of 18 USC 1957(a) and 2.
(4)

Upon motion of the Government, Counts I and IV are dismissed.

**Highest Offense Level (Terminated)**
Felony

**Complaints**
None

**Disposition**

---

**Plaintiff**

USA     represented by     **Colin S Bruce**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: colin.bruce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/1998 | 1 | INDICTMENT by AUSA Colin S Bruce. Counts filed against Chandrakant Patel (1) count(s) 1-2, 3-4 (JAB, ilcd) (Entered: 06/05/1998) |
| 06/09/1998 | 2 | SUMMONS issued as to Chandrakant Patel Jr and mailed to US Marshal in Spfld for service; arraignment set for 10:00 6/19/98 for Chandrakant Patel Jr before Mag. Judge David G. Bernthal in Urbana, IL. (SJ, ilcd) (Entered: 06/09/1998) |
| 06/19/1998 | 3 | APPEARANCE of Attorney for Chandrakant Patel Jr by J William Roberts (JAB, ilcd) (Entered: 06/19/1998) |
| 06/19/1998 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Colin Bruce, AUSA, for Govt. Dft Patel appears in person and with counsel, J. William Roberts and Christina Harrigan. Dft sworn. Arraignment held. Dft Chandrakant Patel Jr arraigned; NOT guilty plea entered. Government requests a substantial surety for bond be posted. $25,000 cash Bond set for Chandrakant Patel Jr. and he is to post a deed for property he has in Oregon within 14 days of this date. Written scheduling order entered. Pretrial conference set AUGUST 14, 1998 at 1:00 p.m. and jury selection and jury trial set AUGUST 24, 1998 at 9:30 a.m. all before Judge Michael P. McCuskey in Urbana, IL (cc: all counsel) (JAB, ilcd) |

| | | |
|---|---|---|
| | | Modified on 06/22/1998 (Entered: 06/19/1998) |
| 06/19/1998 | 4 | APPEARANCE BOND ($25,000 cash) by Chandrakant Patel Jr (JAB, ilcd) (Entered: 06/19/1998) |
| 06/19/1998 | 5 | ORDER by Mag. Judge David G. Bernthal setting conditions of release for Chandrakant Patel Jr (JAB, ilcd) (Entered: 06/19/1998) |
| 06/19/1998 | 6 | SCHEDULING ORDER by Mag. Judge David G. Bernthal (cc: all counsel) (JAB, ilcd) (Entered: 06/19/1998) |
| 06/19/1998 | 7 | AFFIDAVIT by Owner of Cash Security of Chandrakant Patel, Jr. a/k/a Charles Patel by defendant Chandrakant Patel Jr (JAB, ilcd) (Entered: 06/19/1998) |
| 06/19/1998 | 8 | RECEIPT for $25,000; receipt #033157 as to defendant Chandrakant Patel Jr (JAB, ilcd) (Entered: 06/19/1998) |
| 06/19/1998 | 9 | RECEIPT for Passport as to defendant Chandrakant Patel Jr. (JAB, ilcd) (Entered: 06/19/1998) |
| 06/23/1998 | 10 | NOTICE Regarding Passport filed by USPO. (JAB, ilcd) (Entered: 06/23/1998) |
| 06/23/1998 | 11 | SUMMONS executed upon Chandrakant Patel Jr on 6/15/98 (JAB, ilcd) (Entered: 06/23/1998) |
| 06/23/1998 | 12 | MOTION for order to Correct Indictment by Interlineation by USA as to Chandrakant Patel Jr (JAB, ilcd) (Entered: 06/23/1998) |
| 06/24/1998 | | ENDORSED Order granting motion for order to Correct Indictment by Interlineation [12-1] by Judge Michael P. McCuskey. INDICTMENT corrected on page 5 and corrected copies provided to all parties. (cc: all counsel) (JAB, ilcd) (Entered: 06/25/1998) |
| 07/06/1998 | 13 | AGREEMENT TO FORFEIT PROPERTY filed as required in Order Setting Conditions of Release [5-1] and approved by Magistrate Judge David G. Bernthal. (SJ, ilcd) (Entered: 07/06/1998) |
| 07/09/1998 | 14 | MOTION to extend time period for filing of pretrial motions, and to continue pretrial conference and trial by Chandrakant Patel Jr (SJ, ilcd) (Entered: 07/09/1998) |
| 07/13/1998 | 15 | ORDER by Judge Michael P. McCuskey granting motion to extend time period for filing of pretrial motions [14-1], granting motion to continue pretrial conference and trial [14-2]. Pretrial conference vacated, jury trial vacated, status hearing set for 8/14/98 at 1:00 pm. by conference call. The jury trial will be scheduled for a future date and time which will be set by the court during the tele phone conference. The court further finds that by granting defendant's motion, the ends of justice are served and the granting of the motion outweighs the best interests of the public and the defendant in a speedy trial, purusant to 18 U SC Sec 3161(h)(8)(a). (cc: all counsel) (KC, ilcd) (Entered: 07/13/1998) |
| 07/21/1998 | 16 | RECEIPT #033239 for trust deed submitted per order setting conditions |

| | | |
|---|---|---|
| | | of release as to defendant Chandrakant Patel Jr (SJ, ilcd) (Entered: 07/22/1998) |
| 08/12/1998 | 17 | MOTION to extend time period for filing of pretrial motions by Chandrakant Patel Jr (JAB, ilcd) (Entered: 08/12/1998) |
| 08/12/1998 | 18 | ORDER by Judge Michael P. McCuskey granting motion to extend time period for filing of pretrial motions [17-1] to September 8, 1998. (cc: all counsel) (JAB, ilcd) (Entered: 08/13/1998) |
| 08/14/1998 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA, for Govt. Dft Patel appears thru counsel, J. William Roberts. Telephone status conference call hearing held. Status of discovery discussed. Oral motion by dft to set another status hearing to discuss progress of case before a jury trial date is set. Court finds it to be in the INTEREST of justice to continue this case and further finds the time from today to 10/30/98 is excludable pursuant to Speedy Trial Act. Cause set for further status conference call hearing on OCTOBER 30, 1998 at 1:00 p.m. (cc: all counsel) (JAB, ilcd) (Entered: 08/14/1998) |
| 08/17/1998 | | MINUTES: before Mag. Judge David G. Bernthal. The travel restrictions ordered as a condition of release are hereby modified to include Seattle and Spokane, WA as permissible destinations. All other restrictions and conditions still apply. (cc: all counsel) (JAB, ilcd) (Entered: 08/17/1998) |
| 08/18/1998 | 19 | MOTION for order for fingerprint records by USA as to Chandrakant Patel Jr (JAB, ilcd) (Entered: 08/18/1998) |
| 08/19/1998 | | ENDORSED Order granting motion for order for fingerprint records [19-1] by Judge Michael P. McCuskey (cc: all counsel) (JAB, ilcd) (Entered: 08/19/1998) |
| 08/28/1998 | 20 | Declaration (AFFIDAVIT) of Hemant Patel, M.D. (JAB, ilcd) (Entered: 08/31/1998) |
| 09/08/1998 | 21 | MOTION to extend time period for filing of pretrial motions by Chandrakant Patel Jr (S, ilcd) (Entered: 09/09/1998) |
| 09/09/1998 | 22 | ORDER by Judge Michael P. McCuskey granting motion to extend time period for filing of pretrial motions [21-1] to October 9, 1998. (cc: all counsel) (S, ilcd) (Entered: 09/09/1998) |
| 10/01/1998 | | MINUTES: before Judge Michael P. McCuskey. Due to a conflict in the court's calendar, the telephone status conference call hearing is RE-SET from 1:00 p.m. TO 10:00 a.m. on OCTOBER 30, 1998. (cc: all counsel) (JAB, ilcd) (Entered: 10/01/1998) |
| 10/02/1998 | 23 | MOTION to extend time period for filing of pretrial motions by Chandrakant Patel Jr (JAB, ilcd) (Entered: 10/07/1998) |
| 10/08/1998 | 24 | ORDER by Judge Michael P. McCuskey granting motion to extend time period for filing of pretrial motions [23-1] to November 9, 1998. (cc: all counsel) (JAB, ilcd) (Entered: 10/09/1998) |
| | | |

| | | |
|---|---|---|
| 10/30/1998 | | MINUTES: before Judge Michael P. McCuskey Appearances: Colin Bruce, AUSA in person for Govt and J William Roberts, by phone for dft Patel. Status hearing held. Govt expects to serve analysis of discovery by 11/6/98. Pretrial conference set for 12/14/98 at 1:00 pm, jury selection and jury trial set for 1/4/99 at 9:30 am. Oral motion to extend time to 11/30/98 for dft to file pretrial motions. Motion allowed. Govt to respond by 12/11/98 (cc: all counsel) (KC, ilcd) Modified on 11/02/1998 (Entered: 11/02/1998) |
| 11/25/1998 | 25 | PETITION by: Probation as to defendant Chandrakant Patel Jr for action on conditions of pretrial release with ORDER ENTERED ENDORSED by Mag Judge David G Bernthal that this petition be made a part of this case (VB, ilcd) (Entered: 11/25/1998) |
| 11/25/1998 | | MINUTES: before Mag. Judge David G. Bernthal. A hearing on the petition for action on conditions of pretrial release [25-1] is scheduled by personal appearance before The Honorable David G Bernthal, U S Magistrate Judge, Courtroom A, 201 S Vine St, Urbana, IL 61801 at 1:00 Monday, 12/14/98. The Final Pretrial conference set before the The Honorable Michael P McCuskey at 1:00 Monday, 12/14/98 will follow. (cc: all counsel/US Mar Urb & Spfd/Prob/Crt Rptr) (VB, ilcd) (Entered: 11/25/1998) |
| 12/07/1998 | | MINUTES: before Mag. Judge David G. Bernthal. The bond hearing and pretrial conference set DECEMBER 14, 1998 at 1:00 p.m. will be held before Judge David G. Bernthal in Courtroom C instead of Judge Michael P. McCuskey. (cc: all counsel) (JAB, ilcd) (Entered: 12/07/1998) |
| 12/08/1998 | 26 | NOTICE of Intent to Enter Change of Plea by defendant Chandrakant Patel Jr (JAB, ilcd) (Entered: 12/09/1998) |
| 12/14/1998 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA, for Government. Dft Patel appears in person & with counsel, J. William Roberts. Pretrial conference vacated due to change of plea . Defendant sworn, advised of charges, rights and penalties. Dft orally waives his right to a jury trial. Chandrakant Patel Jr enters a guilty plea to Counts II and III. No written plea agreement filed. Oral motion by Government that counts I and IV be continued generally; no obj by dft. Motion allowed. As to the delay of the jury trial as to counts I and IV, the court finds the ends of justice are met and time is excludable under the Speedy Trial Act from this date up to and including 4/16/99 pursuant to 18 USC 3161(h)(8((a). Final Disposition hearing set APRIL 14, 1999 at 9:30 a.m. (Also set aside 4/15/99 and 4/16/99 at 9:30 a.m. if needed). Bond hearing held. Evidence for the defendant; dft sworn; testimony heard. Evidence for the Government; witness sworn; testimony heard. Arguments by counsel heard. Government moves to detain dft. Defendant's attorney requests dft be released on bond. Defendant to remain free on bond and under special conditions. Amended Order Setting Conditions of Release to be entered. Defendant subject to all other directives of the U. S. Magistrate's Order of 6/19/98. (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 12/15/1998) |

| | | |
|---|---|---|
| 12/14/1998 | 27 | Amended ORDER Setting Conditions of Release by Judge Michael P. McCuskey (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 12/15/1998) |
| 12/14/1998 | 28 | EXHIBIT List as to plaintiff USA with Govt exh #1 attached. (JAB, ilcd) (Entered: 12/15/1998) |
| 03/02/1999 | 29 | MOTION to continue sentencing by USA as to Chandrakant Patel Jr (JAB, ilcd) (Entered: 03/02/1999) |
| 03/05/1999 | 30 | ORDER by Judge Michael P. McCuskey granting motion to continue sentencing [29-1] . Sentencing hearing VACATED for 4/14/99 and RESET to JUNE 16, 17 and the morning of June 18, 1999. The hearing will comence at 9:30 a.m. on Wednesday, June 16, 1999. (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 03/05/1999) |
| 04/30/1999 | | MINUTES: before Judge Michael P. McCuskey. Chief Judge McDade has scheduled a meeting for all Judges on Thursday, JUNE 17, 1999. Therefore, the final disposition hearing is VACATED for JUNE 17, 1999, ONLY. The sentencing hearing will be held on Wednesday, JUNE 16, 1999 at 9:30 a.m. and Friday, June 18, 1999. (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 04/30/1999) |
| 06/01/1999 | 31 | MOTION to continue sentencing by Chandrakant Patel Jr (JAB, ilcd) (Entered: 06/02/1999) |
| 06/01/1999 | 32 | ORDER by Judge Michael P. McCuskey granting motion to continue sentencing [31-1]. Sentencing hearing VACATED for June 16 and 18, 1999 and RESET to AUGUST 12 and 13, 1999 at 9:30 a.m. (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 06/02/1999) |
| 08/02/1999 | 33 | MOTION to continue sentencing by Chandrakant Patel Jr (JAB, ilcd) (Entered: 08/02/1999) |
| 08/02/1999 | | ENDORSED Order granting motion to continue sentencing [33-1] from August 12 & 13, 1999 to OCTOBER 15, 1999 at 1:30 p.m. by Judge Michael P. McCuskey (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 08/02/1999) |
| 08/30/1999 | 34 | TRANSCRIPT of Change of Plea heard 12/14/98 (JAB, ilcd) (Entered: 08/30/1999) |
| 10/15/1999 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA, for Govt and with Special Agents. Dft PATEL appears in person and with counsel, J. William Roberts, George Niespolo and Kristina Harrigan. Parties acknowledge receipts of presentence report and of revised presentence report. No objections stated. Stipulation and restitution agreement submitted to the Court. Oral motion by dft's attorney for continuance of sentencing to allow dft to produce funds from the sale of property so that he may pay restitution. Attorney Harrigan states to the Court the source of payment in which dft Patel is to obtain restitution funds. Court inquires of dft Patel if he understands the payment of the funds for restitution does not bind the Court to specific |

| | | |
|---|---|---|
| | | sentence. Dft's motion to continue sentencing is allowed. Sentencing hearing RESET to NOVEMBER 23, 1999 at 9:30 a.m. Court advises counsel there will be no further continuances granted. The defendant is directed to report to the pretrial services agency one day in person and 4 days by telephone, as directed by them. Failure of dft to report as directed may result in the issuance of a warrant. (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 10/18/1999) |
| 10/15/1999 | 35 | Restitution Agreement and STIPULATIONS as to Application of the Sentencing Guidelines. (JAB, ilcd) (Entered: 10/18/1999) |
| 11/19/1999 | 36 | APPEARANCE of Attorney for Chandrakant Patel Jr by Richard Chapin (JAB, ilcd) (Entered: 11/19/1999) |
| 11/19/1999 | 37 | Commentary on SENTENCING memorandum re Chandrakant Patel Jr (JAB, ilcd) (Entered: 11/19/1999) |
| 11/23/1999 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA, for Government. Dft PATEL appears in person and with counsel, George Niespolo, J. William Roberts and Kristina Harrigan. Parties acknowledge receipt of presentence report. No objections stated by counsel. Sentencing hearing held. Motion by dft for downward departure; the Government does not join in this motion; motion denied. Recommendations by counsel heard. Statement in allocution by dft. Sentencing Chandrakant Patel (1) count(s) 2 and 3. It is the judgment of the court, the defendant is committed to the custody of the BOP for a term of 24 months on each of Counts II and III to be served concurrently. Upon release from incarceration, the defendant is placed on supervised release for a term of 3 years and under special conditions. This term shall consist of 3 years on each of Counts II and III to be served concurrently. The defendant agrees to pay voluntary restitution in the amount of $915,846.21. This is to be paid to the former employees as directed by the U. S. Attorney's Office. The Court finds the amount of restitution that is to be paid to the victims is a voluntary gift that is exempt from any tax. He is to pay a fine of $50,000 and a $200 special assessment as to Counts II and III. All amounts are due immediately. Dismissing counts as to Chandrakant Patel Jr (1) count(s) 1 and 4. Upon motion of the Government, Counts I and IV are dismissed. The defendant is advised of his right to appeal. The defendant is ordered remanded to the custody of the U. S. Marshal. Oral motion by dft to voluntarily surrender within 45 days; denied. Case terminated. (cc: all counsel/USPO/USM'S) (JAB, ilcd) Modified on 11/24/1999 (Entered: 11/23/1999) |
| 11/23/1999 | 38 | PRESENTENCE Report on Chandrakant Patel Jr (original sealed ) (JAB, ilcd) (Entered: 11/24/1999) |
| 11/23/1999 | 39 | SENTENCING recommendation (original sealed) as to defendant Chandrakant Patel Jr (JAB, ilcd) (Entered: 11/24/1999) |
| 11/23/1999 | 40 | RECEIPT for $915,846.21; receipt #41634 as to defendant Chandrakant Patel Jr (JAB, ilcd) (Entered: 11/24/1999) |
| 11/29/1999 | 41 | ORDER by Judge Michael P. McCuskey. On November 23, 1999, a |

| | | |
|---|---|---|
| | | sentencing hearing was held in this case. At the hearing, dft provided cashiers checks to the crt in the total amount of $915,846.21. This crt now directs the clerk to disburse these proceeds to the former employees of Modern Dairy in the amounts specified in Attachment A of the Restitution Agreement (#35). A copy of Attachment A is attached to this order. (cc: all counsel/certified copy to Financial Administrator) (VB, ilcd) (Entered: 11/29/1999) |
| 11/30/1999 | 42 | JUDGMENT and Commitment Order as to defendant Chandrakant Patel Jr by Judge Michael P. McCuskey (JAB, ilcd) (Entered: 12/01/1999) |
| 12/02/1999 | 43 | MOTION for order as to bond money by USA as to Chandrakant Patel Jr (JAB, ilcd) (Entered: 12/03/1999) |
| 12/03/1999 | | ENDORSED Order granting motion for order as to bond money [43-1] by Judge Michael P. McCuskey. The $25,000 appearance bond money posted by dft Patel is to be paid over to the Clerk of the Court towards payment of dft's fine and special assessment. (cc: all counsel/USPO) (JAB, ilcd) (Entered: 12/03/1999) |
| 12/06/1999 | 44 | ORDER modifying order entered 11/29/99 by Judge Michael P. McCuskey as to restitution. See written order. (cc: all counsel) (JAB, ilcd) (Entered: 12/06/1999) |
| 12/08/1999 | 45 | Copy of ledger showing transfer of funds of $24,800.00 to be applied to defendant's fine and $200 to be applied to dft's special assessment. (JAB, ilcd) (Entered: 12/08/1999) |
| 01/12/2000 | 46 | JUDGMENT and Commitment returned executed 1/6/00 as to Chandrakant Patel (1) count(s) 1, 2, 3, 4 (SK, ilcd) (Entered: 01/12/2000) |
| 05/15/2001 | 47 | MOTION for order to release passport by Chandrakant Patel Jr (JAB, ilcd) (Entered: 05/15/2001) |
| 05/15/2001 | | APPEARANCE of Attorney for Chandrakant Patel Jr by Anthony E Novak (S, ilcd) (Entered: 05/17/2001) |
| 05/17/2001 | | ENDORSED Order granting motion for order to release passport [47-1] by Judge Michael P. McCuskey (cc: all counsel/USPO) (S, ilcd) (Entered: 05/17/2001) |
| 05/25/2001 | 48 | RECEIPT for British passport #C 046017 E of Chandrakant Patel to Atty Anthony Novak on behalf of dft Patel (VB, ilcd) (Entered: 05/25/2001) |
| 11/19/2001 | 49 | MOTION for order for return of property by Chandrakant Patel Jr (JAB, ilcd) (Entered: 11/19/2001) |
| 11/26/2001 | | MINUTES: before Judge Michael P. McCuskey. On November 19, 2001, dft filed a motion to return property (#49) in the above-captioned case. The Govt has until December 3, 2001 to file any objections to the motion. If no objections are filed, the Crt will grant the motion and order the Govt to release its interest in said property immediately. (cc: all counsel) (VB, ilcd) (Entered: 11/26/2001) |
| | | |

| 11/28/2001 | 50 | ORDER by Judge Michael P. McCuskey granting motion for order for return of property [49-1] (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 11/29/2001) |
|---|---|---|
| 11/30/2001 | 51 | ORDER by Judge Michael P. McCuskey; on 11/19/01 dft filed a Motion to Return Property [49-1] that was forfeited to the US Government as security on dft's bond. On 11/28/01 the Court was furnished a proposed Order authorizing the release of the USA's interest in property located in Oregon that was posted as part of dft's bond. The Order stated in part that all fines and restitution were paid. The Order was approved as to form by USA and entered by the Court on 11/28/01. It has now been brought to the Court's attention that the dft has a balance due and owing of $25,409.40 with interest accruing daily. The Court's Order [50-1] is VACATED and the dft's motion for order for return of property [49-1] is DENIED (cc: all counsel/USPO/USM). (KM, ilcd) (Entered: 11/30/2001) |
| 12/05/2001 | 52 | LETTER to the Clerk of the Court from AUSA Elizabeth Collins re: competency and efficiency of an Urbana Deputy Clerk (VB, ilcd) (Entered: 12/07/2001) |
| 04/22/2002 | 53 | RECEIPT for Presentence Report as to defendant Chandrakant Patel Jr (JAB, ilcd) (Entered: 04/22/2002) |
| 04/23/2002 | 54 | SATISFACTION of fine/restitution as to defendant Chandrakant Patel Jr (JAB, ilcd) (Entered: 04/23/2002) |
| 05/13/2002 | 55 | MOTION to authorize return of property posted as bond by USA as to Chandrakant Patel Jr (SP, ilcd) (Entered: 05/13/2002) |
| 05/15/2002 | 56 | ORDER authorizing return of property posted as bond by Judge Michael P. McCuskey granting motion to authorize return of property posted as bond [55-1]. The Clerk of the Court is directed to mail the trust deed to the US Attorney's Office. The US Attorney is authorized to endorse the necessary documents to return the property posted as bond in this case (cc: counsel/USPO/USMS). (KM, ilcd) (Entered: 05/15/2002) |
| 05/15/2002 | 57 | LETTER to AUSA Elizabeth Collins returning original Trust Deed certified mail per Order [56-1] filed 5/15/02. (KM, ilcd) (Entered: 05/15/2002) |
| 05/17/2002 | 58 | RECEIPT (certified card) from Elizabeth Collins AUSA for Trust Deed as to defendant Chandrakant Patel Jr (KM, ilcd) (Entered: 05/17/2002) |
| 05/17/2002 | 59 | SATISFACTION of mortgage filed as to defendant Chandrakant Patel Jr (KM, ilcd) (Entered: 05/17/2002) |
| 05/20/2002 | 60 | RECEIPT from Elizabeth Collins AUSA for Trust Deed as to defendant Chandrakant Patel Jr (KM, ilcd) (Entered: 05/21/2002) |

**PACER Service Center**