MAG, VICTIM

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10230-JLT-ALL

Case title: USA v. Patel                                    Date Filed: 08/04/2004

Assigned to: Judge Joseph L. Tauro
Referred to: Magistrate Judge Robert B.
Collings

## Defendant

**Charles Patel, Jr.** (1)                  represented by    **Robert L. Peabody**
*also known as*                                               Nystrom, Beckman & Paris
Chandrakant Patel, Jr (1)                                     10 St. James Ave.
*also known as*                                               16th Floor
Chandu Patel (1)                                              Boston, MA 02116
*also known as*                                               617-778-9103
Chando Patel (1)                                              Fax: 617-778-9110
                                                              Email: rpeabody@nbparis.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

                                                              **Michael B Galvin**
                                                              Dwyer & Collora, LLP
                                                              600 Atlantic Avenue
                                                              Boston, MA 02210
                                                              617-371-1075
                                                              Fax: 617-371-1037
                                                              Email: mgalvin@dwyercollora.com
                                                              *TERMINATED: 05/09/2006*
                                                              *Designation: Retained*

                                                              **Sara E. Noonan**
                                                              Dwyer & Collora, LLP
                                                              12th Floor
                                                              600 Atlantic Avenue
                                                              Boston, MA 02210
                                                              617-371-1000
                                                              Fax: 617-371-1037
                                                              Email: senoonan@dwyercollora.com
                                                              *TERMINATED: 05/09/2006*
                                                              *Designation: Retained*

**Pending Counts**                                           **Disposition**

18:1344 BANK FRAUD
(1-2)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Adam J. Bookbinder** |
|---|---|---|
| | | United States Attorney's Office |
| | | John Joseph Moakley Federal |
| | | Courthouse |
| | | 1 Courthouse Way |
| | | Suite 9200 |
| | | Boston, MA 02210 |
| | | 617-748-3112 |
| | | Fax: 617-748-3960 |
| | | Email: adam.bookbinder@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2004 | 1 | INDICTMENT as to Charles Patel Jr. (1) count(s) 1-2. (Gawlik, Cathy) (Entered: 08/05/2004) |
| 08/05/2004 | | Arrest Warrant Issued as to Charles Patel Jr.. (Gawlik, Cathy) (Entered: 08/05/2004) |
| 08/05/2004 | | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Charles Patel Jr. (Gawlik, Cathy) (Entered: 08/05/2004) |
| 08/11/2004 | 2 | Judge Robert B. Collings : MEMORANDUM AND ORDER entered as to Charles Patel Jr. (Dolan, Kathleen) (Entered: 08/12/2004) |
| 08/11/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Robert |

| | | |
|---|---|---|
| | | B. Collings :Arraignment as to Charles Patel Jr. (1) Count 1-2 held on 8/11/2004, Bond set as to Charles Patel Jr. (1) $50,000.00 /cash-$20,000.00, Plea entered by Charles Patel Jr. (1) Count 1-2. by Charles Patel Jr. Not Guilty on counts 1,2. Deft's counsel and Gov't's counsel agree on conditions of release. Status Conference set for 9/28/2004 11:30 AM before Robert B. Collings. (Court Reporter Tape.) (Howarth, George) (Entered: 08/12/2004) |
| 08/11/2004 | 3 | Judge Robert B. Collings : ORDER entered ORDER Setting Conditions of Release as to Charles Patel Jr. (1) $50,000.00 /cash $20,000.00 (Howarth, George) (Entered: 08/12/2004) |
| 08/11/2004 | 4 | Appearance Bond Entered as to Charles Patel Jr. in amount of $ $50,000.00, Receipt # 57845.cash in the amount of $20,000.00 (Howarth, George) (Entered: 08/12/2004) |
| 08/27/2004 | 5 | STATUS REPORT *Regarding Counsel* by Charles Patel Jr. (Galvin, Michael) (Entered: 08/27/2004) |
| 09/03/2004 | 6 | NOTICE OF ATTORNEY APPEARANCE: Michael B Galvin appearing for Charles Patel Jr. (Galvin, Michael) (Entered: 09/03/2004) |
| 09/07/2004 | 7 | MOTION to Revoke or Revise Conditions of Defendant's Pretrial Release as to Charles Patel Jr.by USA. (Abaid, Kim) Additional attachment(s) added on 9/22/2004 (Hurley, Virginia). (Entered: 09/09/2004) |
| 09/16/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Callings :Motion Hearing as to Charles Patel Jr. held on 9/16/2004 re 7 MOTION to Revoke filed by USA. ASA Bookbinder for Govt. Michael Galvin for Mr. Patel. Defendant is not in court. Govt. argues Mr. Patel has been running a restaurant in MA not consistent with Dementia claims and 20,000 bond. Requests 24-7 full time detention with Electronic monitoring with exceptions for Doctor Appointments. Court suggests two options, Mr. Patel go on electronic monitoring pending a hearing or appears in Massachusetts for a hearing next week. Court recesses for five minutes while Mr. Galvin consults with his client. Mr. Galvin indicates his client would like to come for a hearing. Further hearing set down for 10:00 AM Wednesday September 22, 2004 wherein Mr. Patel is to appear. (Entered: 09/20/2004) |
| 09/22/2004 | 8 | Assented to MOTION to Seal *Attachments to Motion to Revoke Release* as to Charles Patel Jr.by USA. (Bookbinder, Adam) (Entered: 09/22/2004) |
| 09/22/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings : Motion Hearing as to Charles Patel Jr. held on 9/22/2004 re 8 Assented to MOTION to Seal Attachments to Motion to Revoke Release filed by USA, 7 MOTION to Revoke filed by USA. Adam Bookbinder for USA. Michael Galvin for Defendant. Defendant not in courtroom. Mr. Galvin agrees to Electronic monitoring on behalf of his client. Court agrees and requires the defendant to submit to electronic monitoring forthwith at his residence in California. Court to |

| | | |
|---|---|---|
| | | allow defendant to leave for visits with his counsel, prescheduled court appointments, and medical / doctor visits. All with written approval of pretrial services at least 48 hours in advance. In case of medical emergency defendant must notify pretrial services as soon as possible. In addition, defendant cannot open new bank or credit accounts without permission of pre-trial services. Court to allow attachments to be sealed. Initial status conference date and time changed from September 28, 2004 at 11:30 AM to October 14, 2004 at 2:30 PM. (Digital Recording) (Russo, Noreen) (Entered: 09/22/2004) |
| 09/22/2004 | | NOTICE OF RESCHEDULING as to Charles Patel Jr. Initial Status Conference set for 10/14/2004 at 2:30 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/22/2004) |
| 09/22/2004 | | Electronic Notice of correction to docket made by Court staff. Correction: Motion to revoke or revise, #7 corrected to remove attachments now sealed by the Court as to Charles Patel Jr. (Hurley, Virginia) (Entered: 09/22/2004) |
| 09/22/2004 | 9 | Magistrate Judge Robert B. Collings : ORDER entered granting in part and denying in part 7 Government's Motion to Revoke or Revise Conditions of Defendant's Pre-Trial Release as to Charles Patel Jr.; granting 8the assented to Motion to Seal as to Charles Patel Jr. (Russo, Noreen) (Entered: 09/23/2004) |
| 10/01/2004 | 10 | Arrest Warrant Returned Executed on August 11, 2004. as to Charles Patel Jr.. (Abaid, Kim) (Entered: 10/04/2004) |
| 10/14/2004 | 11 | Magistrate Judge Robert B. Collings : DECLARATION OF FORFEITURE OF BAIL as to Charles Patel Jr. (Russo, Noreen) (Entered: 10/18/2004) |
| 11/12/2004 | 12 | SEALED MOTION as to Charles Patel Jr.by USA. (Abaid, Kim) (Entered: 11/15/2004) |
| 11/12/2004 | 13 | SEALED MOTION as to Charles Patel Jr.by USA. (Abaid, Kim) (Entered: 11/15/2004) |
| 11/22/2004 | | Judge Robert B. Collings : Electronic ORDER entered granting [12 Sealed Motion as to Charles Patel Jr. (1) (Abaid, Kim) (Entered: 11/24/2004) |
| 11/24/2004 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting [13 Sealed Motion as to Charles Patel Jr. (1). (Russo, Noreen) (Entered: 11/29/2004) |
| 12/20/2004 | 15 | MOTION for Bond Forfeiture Judgment as to Charles Patel Jr.by USA. (Abaid, Kim) (Entered: 12/21/2004) |
| 01/06/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered granting 15 Motion for Bond Forfeiture Judgment. (Abaid, Kim) (Entered: 01/06/2005) |
| 04/10/2006 | | Arrest of Charles Patel, Jr in Northern District of Ohio. (Abaid, Kim) |

| | | |
|---|---|---|
| | | (Entered: 04/18/2006) |
| 04/11/2006 | 17 | Rule 5(c)(3) Documents Received as to Charles Patel, Jr (Abaid, Kim) (Entered: 04/18/2006) |
| 04/12/2006 | 16 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT OF BOND FORFEITURE as to Charles Patel, Jr (Abaid, Kim) (Entered: 04/13/2006) |
| 04/19/2006 | | ELECTRONIC NOTICE OF HEARING as to Charles Patel, Jr Initial Appearance on Bail / Bond Revocation Proceedings set for 4/20/2006 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 04/19/2006) |
| 04/20/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings: Initial appearance -- Rule 5 Proceedings, after Removal from the District of Ohio as to Charles Patel, Jr. held on 4/20/2006. A. Bookbinder for Gov't; Att. Sara Noonan from Mr. Galvin's firm, M. Galvin does not appear, for Mr. Patel. Pretrial Services. Mr. Galvin will file a motion to withdraw 4/20/2006, when another attorney enters his or her appearance Court will allow. Def't is informed of reason for arrest - warrant issued after failure to appear in District of MA. Gov't is still moving for detention and def't elected to have the hearing in Mass. Def't requests a 5 day continuance as to the detention hearing. Court sets Detention hearing / counsel hearing for 4/27/2006 @ 11:45 AM. Def't is remanded to the custody of the U.S. Marshal. (Digital Recording) (Russo, Noreen) (Entered: 04/20/2006) |
| 04/20/2006 | 18 | NOTICE OF ATTORNEY APPEARANCE: Sara E. Noonan appearing for Charles Patel, Jr. (limited to 4/20/2006). (Russo, Noreen) (Entered: 04/21/2006) |
| 04/24/2006 | 19 | MOTION to Withdraw as Attorney by Michael B. Galvin. as to Charles Patel, Jr. (Galvin, Michael) (Entered: 04/24/2006) |
| 04/26/2006 | 20 | NOTICE OF ATTORNEY APPEARANCE: Robert L. Peabody appearing for Charles Patel, Jr (Peabody, Robert) (Entered: 04/26/2006) |
| 04/26/2006 | | Notice of correction to docket made by Court staff. Correction: Previous document 20 deleted as Notice of Appearance filed with wrong def'ts name. Corrected version docketed as 21, #20 deleted and #21 renumbered as document 20. (Russo, Noreen) (Entered: 04/26/2006) |
| 04/27/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Charles Patel, Jr held on 4/27/2006. W. Hasib standing in for AUSA Bookbinder, R. Peabody for Mr. Patel, Pretrial Services. Def't indicates that he agrees to detention without prejudice and Court sets Initial Status Conference for 6/7/2006 @ 2:45 PM. Def't remanded to the custody of the US Marshal. (Digital Recording) (Russo, Noreen) (Entered: 04/27/2006) |
| 04/28/2006 | 21 | Arrest Warrant Returned Executed on April 10, 2006 as to Charles Patel, Jr. (Abaid, Kim) (Entered: 05/01/2006) |

| | | |
|---|---|---|
| 05/09/2006 | | Judge Robert B. Collings: Electronic ORDER entered granting 19 Motion to Withdraw as Attorney. as to Charles Patel Jr. (1). Attorney Michael B. Galvin is granted leave to withdraw. The Clerk shall take the necessary steps to terminate him from the case. Attorney Robert L. Peabody has entered his appearance as counsel for the defendant. (Entered: 05/09/2006) |
| 05/09/2006 | 22 | Magistrate Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER OF DETENTION PURSUANT TO 18 USC s. 3142 (e) as to Charles Patel, Jr (Russo, Noreen) (Entered: 05/11/2006) |
| 05/24/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Charles Patel, Jr Initial Status Conference reset for 6/8/2006 @ 2:45 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/24/2006) |
| 05/30/2006 | 23 | Assented to MOTION to Continue *Initial Status Conference* as to Charles Patel, Jr. (Peabody, Robert) (Entered: 05/30/2006) |
| 05/30/2006 | | Magistrate Judge Robert B. Collings : ORDER entered granting 23 Motion to Continue as to Charles Patel Jr. (1) Initial Status Conference reset for 6/12/2006 @ 2:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/30/2006) |
| 06/12/2006 | 24 | STATUS REPORT *(Joint) for Initial Status Conference* by Charles Patel, Jr, USA as to Charles Patel, Jr (Bookbinder, Adam) (Entered: 06/12/2006) |
| 06/12/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings:Initial Status Conference as to Charles Patel, Jr held on 6/12/2006. A. Bookbinder for Gov't; R. Peabody for Def't. Upon review of joint status report, court sets 45 days before trial for Def't to turn over expert reports, 21 days before trial for Gov't. Court sets final status conference for 9/7/2006 @ 3:00 PM. Court sets deadline for cob 9/6/2006 for non-discovery motions. Def't to serve letters requesting additional discovery by 7/31/2006. Counsel makes oral motion for a detention hearing for 6/29/2006. Court sets 6/29/2006 @ 2:00 PM. (Digital Recording) (Russo, Noreen) Modified on 6/13/2006 (Abaid, Kim). (Entered: 06/12/2006) |
| 06/13/2006 | 25 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER OF EXCLUDABLE DELAY as to Charles Patel, Jr Time excluded from 8/11/2004 until 8/11/2004. Time excluded from 8/12/2004 until 9/8/2004. Time excluded from 9/7/2004 until 9/22/2004. Time excluded from 9/28/2004 until 4/10/2006. Time excluded from 4/10/2006 until 4/20/2006. Time excluded from 4/20/2006 until 5/9/2006. Time excluded from 5/30/2006 until 5/30/2006. Time excluded from 6/12/2006 until 6/12/2006. Time excluded from 6/13/2006 until 9/6/2006. (Russo, Noreen) (Entered: 06/26/2006) |
| 06/13/2006 | 26 | Magistrate Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL |

| | | |
|---|---|---|
| | | RULE 116.5(A) as to Charles Patel, Jr (Russo, Noreen) (Entered: 06/26/2006) |
| 06/13/2006 | 27 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Charles Patel, Jr. Counsel are directed to report for a Final Status Conference 9/7/2006 @ 3:00 PM. Counsel are ordered to file a Joint Final Status Report pursuant to 116.5(C)no later than 12:00 PM on 9/6/2006. (Russo, Noreen) (Entered: 06/26/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/26/2006 12:44:28 | | |
| **PACER Login:** sn0074 | **Client Code:** patel | |
| **Description:** Docket Report | **Search Criteria:** 1:04-cr-10230-JLT | |
| **Billable Pages:** 5 | **Cost:** 0.40 | |