FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/19/2004

    Esther Davis (Davis), Federal Probation Officer, 450 Golden Gate Avenue, Suite 17-6884, San Francisco, California, 94102, telephone number (415)436-7554, was aware of the identity of the interviewing agent and the nature of the interview. Davis and SA Robbins had spoken briefly about this matter during the week of August 2, 2004. Davis then provided the following information:

    Charles Patel, Jr. (Patel), residing at 23 Charthouse Lane, Foster City, California, 94404, home telephone number (650)522-8362, cell number (650)222-1520, was on supervised release with Davis for the past two years. According to Davis' records, Patel was employed as the Vice President of Construction for Fiesta Fresh Mexican Grill, 751 Laurel Street, San Carlos, California.

    Davis met with Patel approximately two times and spoke to him telephonically approximately twelve times over the past two years of supervision. Davis' most recent contact with Patel was the morning of August 13, 2004. Patel came to her office for his last meeting with her. Patel's last day of supervised release was August 16, 2004.

    Patel had reschedule this last meeting with Davis a couple times because of a special inspection project that he was involved with at work. A meeting was scheduled for August 12, 2004. Patel had to reschedule this because something came up. During a telephone conversation on August 12, 2004, Davis mentioned to Patel that she had received a telephone call from pretrial services in Boston, Massachusetts. Patel told Davis that the matter in Boston was just a big mix up and that he was in the process of taking care of it.

    Patel had posed no problems while being supervised by Davis. As far as Davis was aware, Patel always followed all the conditions of his release. He always provided the required monthly report. Patel was allowed to travel out of state for work purposes. Prior to any travel, Patel was required to notify Davis of dates of travel and intended location. Patel did not notify Davis of his travel to Boston on August 10-11, 2004.

---

Investigation on  08/13/2004  at  Cohasset, MA  (telephonically)

File # 29B-BS-84608                         Date dictated

by  SA Debra S. Robbins

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI...

FD-302a (Rev. 10-6-95)

29B-BS-84608

Continuation of FD-302 of __Esther Davis_____ , On __08/13/2004__ , Page __2__

    Davis had requested copies of Patel's pay stubs. Patel provided them to Davis. Davis thought they looked like something that Patel may have produced on a computer. She never questioned him about their authenticity.

    Patel always presented himself as being a very capable and intelligent person. Davis found Patel to be able to take care of himself and his affairs independently. Davis never met or had any dealings with Patel's wife. Davis never noticed any sign of Patel having an impaired memory, dementia or Alzheimer's Disease. Davis was aware that Patel's father suffered from a mental condition but stated that it was the first time she had heard that Patel suffered from dementia or memory loss.

    Patel never discussed with Davis about being employed by a hotel or motel. Davis was not familiar with anyone named Gary Patel.