FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/26/2004

Maryann Bland, (b) (b) Vice President of Commercial Lending, Rockport National Bank (RNB), 16 Main Street, Rockport, Massachusetts, telephone number (978)546-1306, was advised of the official identity of the interviewing agent and financial analyst and the nature of the interview. Bland then provided the following information:

Bland has been in banking since 1983. She has worked in the area of corporate security, but most of her experience is in commercial lending. She has been employed at RNB since 1994.

Bland was shown a copy of the booking photograph of Charles Patel, Jr. (Patel), aka Chandrakant Patel, date of birth: 09/27/1950, taken on August 11, 2004. Bland identified this individual as the same person known to Bland and RNB as Chandan Patel, aka Charles Patel, Jr. and Chuck Patel.

McT's Lobster House and Tavern (McT's) is a restaurant located in Gloucester, Massachusetts. The LoCicero family had owned this restaurant for a number of years and Bland had been their banker. The LoCicero were retiring and had advertised McT's in a nationally distributed restaurant industry magazine. An individual named Chuck Patel contacted the LoCicero's about purchasing McT's. Patel met with the LoCicero's at the restaurant. The LoCicero's provided Bland's name to Patel as a banker that could provide financing for this purchase.

Bland and Patel met at RNB on a Saturday in September of 2003 for a general discussion regarding the financing of McT's. The meeting was on a Saturday because Patel, who was from California, was going to be in the area that day.

After this meeting, Bland initiated a preliminary financial review of Patel for the purchase of McT's. Bland went on to explain that it was actually two (2) loans. One real estate loan for the purchase of the property. The second loan was a business asset loan, covering tables, chairs, the name McT's, liquor license, etc. Included in the loan deal was a line of credit in the amount of $900,000. Bland added that the liquor license was in Patel's wife's name, Reema Patel.

---

Investigation on  08/26/2004  at  Rockport, Massachusetts

File #  29B-BS-84608                                      Date dictated
        SA Debra S. Robbins
by      FA Kelly Jean Webber

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

29B-BS-84608

Continuation of FD-302 of __Maryann Bland_____ , On _08/26/2004_ , Page __2__

    The loans were in the name of Patel along with Patel's son, Robert, and father, Chhitabhai. Patel identified himself as having the first name of Chandan to Bland. Bland believed that Charles or Chuck were Americanized versions of Chandan. Patel was the only person that Bland ever dealt with regarding this loan.

    Patel negotiated the loans but did not want to be a guarantor or signer on the checking account. Bland was not comfortable with this arrangement and told Patel this. Patel told Bland that "He never does that". Bland told Patel that he had to guarantee these loans to get financing at RKB. Patel conceded to Bland's request.

    The loans closed on December 28, 2003 after a lot of negotiating. Patel was the only person present from the borrowers side. Patel presented a California driver's license in the name of Chandan Patel. The photo on this license was the person that Bland knew as Patel. Patel also had the actual California driver's license for Robert and Chhitabhai. Copies of all licenses can be found in the loan file.

    After purchasing McT's, Patel stripped the interior and cleaned the restaurant. Patel opened the doors to the public on February 10, 2004. RNB experienced no problems with these loans.

    Bland stopped by McT's a couple times a week since the restaurant opened in February. The majority of times, Patel was at the restaurant. The purpose of Bland's visit was just a casual visit to see how things were going for the business. Bland described her relationship with Patel as a professional friendship. She occasionally dined at McT's.

    On Monday, August 9, 2004, Bland spoke to Patel. Patel was aware that Bland's mother was very ill and offered to make a couple meals for Bland's father. During their conversation, Patel asked Bland for a ride to Logan Airport on Wednesday, August 11, 2004. Bland thought this request a little strange but said yes as she was going be near Boston on Wednesday.

    On August 11, 2004 at about 3:00 PM, Bland picked Patel up at McT's in Gloucester and dropped him off at Logan Airport, Terminal B. Patel was boarding a 5:30 PM flight to California.

FD-302a (Rev. 10-6-95)

29B-BS-84608

Continuation of FD-302 of __Maryann Bland__ , On __08/26/2004__ , Page __3__

Keeping his word, Patel had prepared a couple meals for Bland's father.

At some point after August 11, 2004, Bland was made aware of a press release from the Department of Justice concerning the former owner of Milano's Kitchen in Boston named Charles Patel Jr., being indicted for bank fraud. Bland read the press release and noticed similarities between the individual named in the indictment and Chuck Patel, owner of McT's. This press release was also provided to RNB President Peter Anderson. This information caused concern to RNB.

Bland did some research to determine if Chandan Patel and Charles Patel Jr. were the same person.

On Tuesday, August 17, 2004, Patel stopped in at RNB to see Bland. Bank President Anderson asked Patel if he (Patel) was the same person in the press release. Patel said no and went right into another conversation. That evening, Bland stopped at McT's and asked Patel again if he was the same person talked about in the press release. Again Patel said no and changed the conversation.

Patel called Bland from McT's on Saturday, August 21, 2004. She told him that she planned on stopping at McT's on Sunday. Although, she really wasn't planning to stop. Bland was trying to act as normal with Patel as possible to hide her suspicion. Bland felt that Patel was contacting her to try to get feedback on the situation.

On Sunday, August 22, 2004, Bland received a copy of the booking photograph of the Charles Patel Jr., taken when he was booked in Massachusetts on August 11, 2004. Bland knew it was the same person.

Patel called Bland again on Monday, August 23, 2004. Bland told Patel that she would stop by the restaurant on Tuesday.

At around 5:00 PM Tuesday, August 24, 2004, Bland stopped by McT's to speak to Patel. A letter was prepared to present to Patel which requested that he close his account at RNB. Bland also had a copy of the booking photograph and showed it to Patel and asked him "Do you know what this is about?" and he replied yes. He agree to sign the letter and did so. During

FD-302a (Rev. 10-6-95)

29B-BS-84608

Continuation of FD-302 of __Maryann Bland__ , On 08/26/2004 , Page 4

her visit that evening, Patel asked Bland what bank should he contact. Bland told him that she didn't know and not to expect a reference from her.

Bland called Patel at approximately 6:30 that evening and gave Patel his account balances. That was the last time she had contact with him.

During all of her interactions with Patel, Bland found him to be intelligent, knowledgeable and charming. He was the person that ran McT's and handled the banking for the restaurant. Occasionally, someone else from the restaurant would make deposits for the business.

Bland never had any concerns regarding Patel's competency or his ability to manage the restaurant. Bland was never introduced to Patel's wife. Bland never saw any indication that Patel's wife had to take care of him.

At the conclusion of the interview, Bland initialed and dated the photograph which she identified as the same person known to RNB as Chandan Patel.

