FD-302 (Rev. 10-6-95)

AGENT COPY

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/19/2004

CHANDAN PATEL, (b)
(b)
████████ was interviewed at the Concord office of the Federal Bureau of Investigation (FBI). After being advised of the identity of the interviewing agent and the nature of the interview, PATEL provided the following information:

PATEL advised she has been living in California since 1984. The last time she visited the Boston, Massachusetts area was a couple of years ago. CHARLES PATEL JR., also known as CHUCK PATEL, is her brother. She does not remember CHARLES' exact birth date, but knows he was born in 1950. CHHITUBHAI PATEL is her father. CHHITUBHAI is approximately 80 years old and suffering from Alzheimer's disease.

According to PATEL, she has never heard of McT's Lobster House and Tavern, nor has she had any involvement with any restaurant by that name. PATEL also stated she is unfamiliar with Rockport National Bank (RNB) and has never applied for a loan through them. PATEL was unaware her name was associated with either RNB or McT's.

PATEL was shown a Commercial Promissory Note by the writer, issued by RNB. PATEL stated the signature on the note appeared to be that of her father, CHHITUBHAI. PATEL said, in her opinion, CHHITUBHAI is incapable of running a company due to the severity of his condition. CHHITUBHAI is unable to remember or recognize people shortly after he meets them because of the Alzheimer's.

PATEL was also shown a photocopy of California Driver's License #U8034685, bearing her name, but a photograph of what appeared to be a male. PATEL stated the photograph on the license was that of her brother, CHARLES. PATEL said the name, DOB, and address were hers, but the other information was incorrect. PATEL then stated her correct California Driver's License number was #C6197394.

PATEL was shown a 2001 tax return containing her name, social security number, signature and telephone number. PATEL

---

Investigation on  11/19/2004  at  Concord, California

File #  29B-BS-94397-13                                Date dictated  11/19/2004

by  SA Matthew Ernst

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

29B-BS-94397

Continuation of FD-302 of  __Chandan Patel__ , On __11/19/2004__ , Page __2__

stated she had never seen this return before. PATEL said she is currently married and files her tax returns jointly with her

    A copy of the 2001 tax return and Commercial Promissory note, shown to PATEL, along with the photo copy of the aforementioned California Driver's license are included in the 1A portion of the file.