FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/18/2004

On October 14, 2004, Federal Bureau of Investigation (FBI) Special Agent (SA) Dixon S. Kuglin and FBI SA Darrin Sakanoi interviewed Reema Patel, ███████████████ Foster City, California. After being advised of the identities of the interviewing agents and the nature and purpose of the interview, Patel voluntarily provided the following information:

Approximately three (3) weeks ago, Patel and her husband, Charles Patel, got into a big argument over personal differences. During the argument, Charles Patel became angry and left the residence, 23 Charthouse Lane, Foster City, California.

Patel had not seen or heard from Charles Patel since the argument. She did not know his current whereabouts. Patel believed that prison had really changed him.

Charles Patel's father lives at 100 Beach Park Boulevard, Foster City, California. Charles Patel's brother also lives at that address. Patel believed that if Charles Patel was staying at 100 Beach Park Boulevard, they would have told her.

Charles Patel has diabetes and sometimes forgets things. Also, his father was diagnosed with Alzheimer's disease.

If Patel hears or sees Charles Patel in the future, she will call SA Kuglin.

Investigation on  10/14/2004  at  Foster City, California

File #  29B-BS-84608 -70   Date dictated  N/A

by  SA Dixon S. Kuglin/dsk
    SA Darrin Sakanoi

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.