FD-302 (Rev. 10-6-95)

-1-

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    10/18/2004

On October 14, 2004, Federal Bureau of Investigation (FBI) Special Agent (SA) Dixon S. Kuglin and FBI SA Darrin Sakanoi interviewed Michael Patel at his residence, 100 Beach Park Boulevard, Foster City, California. After being advised of the identities of the interviewing agents and the nature and purpose of the interview, Patel voluntarily provided the following information:

Patel had not seen or heard from his brother, Charles Patel, in about a month. Patel does not know his current whereabouts.

When they spoke last, Charles Patel mentioned that he wanted to leave the country. He told Patel that he had a problem with INS. At that time, Charles Patel was moody. Patel told him to take better care of his body because he has diabetes. He also is in a very early stage of Alzheimer's disease.

Patel believed that Charles Patel could potentially leave for England because he spent time there before coming to the United States. Also, Patel felt that he could possibly be back on the east coast.

Charles Patel had been disbarred from Patel's family. He was disbarred because he married outside the Patel family name and he ate beef.

Patel's father also lives at 100 Beach Park Boulevard, Foster City, California.

Patel will call SA Kuglin if Charles Patel contacts him.

---

Investigation on   10/14/2004   at   Foster City, California

File #  29B-BS-84608 - 7|                              Date dictated  N/A

by   SA Dixon S. Kuglin/dsk
     SA Darrin Sakanoi

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.