FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription   09/19/2005

    Steven Alikakos (Alikakos), Senior Director - Client Advisory Services, J.J. Barnicke Limited, 401 Bay Street, Suite 2500, Toronto, Ontario, Canada, M5H 2Y4, telephone number: (416)865-4688, email address: alikakos_s@jjb.com., was advised of the identity of the interviewing agent. Alikakos had contacted the United States Attorney's Office, Boston, Massachusetts, regarding an individual he had business dealings with named Chuck Patel. Alikakos was contacted at the request of the United States Attorney's Office. Alikakos then provided the following information:

    Alikakos is a real estate agent specializing in restaurant locations. In approximately July of 2005, a former business associate of Alikakos' contacted him about an old friend of theirs from the 1970's who was in Toronto seeking a location to develop a restaurant. Alikasos was provided with the name of Chuck Patel (Patel).

    On July 29, 2005, Alikakos and Patel met for lunch to discuss Patel's interest in opening a restaurant in the Toronto, Canada area. During lunch, Patel described to Alikakos how he (Patel) was very successful at running a number of different restaurant chains and restaurants in the United States. Alikakos recalled one chain called Cheeseburger Restaurant in California. Alikakos questioned Patel as to why he was in Canada looking for restaurants. Patel's response was that he needed a change. This response made Alikakos suspicious.

    Alikakos introduced Patel to a client. This client began working directly with Patel. (At the time of this interview, Alikakos preferred to withhold the name of the client.) Alikakos also began conducted inquires on Patel to include internet searches. Alikakos "Googled" Patel's name and came across an August 2004 press release from the United States Attorney's Office, Boston, Massachusetts. Indicating to Alikakos that Charles Patel was having legal problems.

    On September 14, 2005, Alikakos spoke to Patel at the International Council of Shopping Centers Convention which was held in Toronto, Canada.

---

Investigation on  09/15/2005  at  Boston, MA                                    (telephonically)

File #  29B-BS-84608-80                                    Date dictated  N/A

by  SA Debra S. Robbins  DSR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

(5-95)

29B-BS-84608

Continuation of FD-302 of ___Steven Alikakos_____, On _09/15/2005_, Page __2__

. Patel drives a small Ford Focus type car. It looks like he might be living out of the car. Patel's cell phone
At the conclusion of the interview, SA Robbins emailed to Alikakos a booking photograph of Charles Patel, Date of Birth: 09/27/1950. Alikakos responded that this is the same individual he has been dealing with in Toronto. (Enclosed in the 1-A envelope for this interview is the aforementioned email correspondence.)