```
                    ---- Working Copy ----                          Page     1
```

10/27/2005

    Steven Alikakos (Alikakos), Senior Director - Client Advisory Services, J.J. Barnicke Limited, 401 Bay Street, Suite 2500, Toronto, Ontario, Canada, M5H 2Y4, telephone number: (416)865-4688, email address: alikakos_s@jjb.com., was aware of the identity of the interviewing agent. Alikakos was previously interviewed concerning his business dealings with Charles Patel (Patel). Alikakos provided the following information:

    Alikakos described Patel as being "sharp as a tack" and possessing a very good memory. Patel lived in the Toronto area during the 1970's and would share memories from that time period with Alikakos.

    Alikakos's client terminated the business deal with Patel upon learning of Patel's legal problems in the United States. Patel was told by Alikakos' client that Alikakos had learned that Patel was not the person of integrity that he was purporting to be. Alikakos and his client have had no interaction with Patel since mid-September 2005.

    Patel left two voice mail messages at the office of J.J. Barnicke. These messages were not for Alikakos and were never returned by the office. Patel never attempted to speak directly with Alikakos about the nature of the problem that lead to the termination of the business deal.

    Alikakos spoke to another person in the Toronto area and mentioned Patel's name. This person told Alikakos that back in the 1970's Patel had ripped him off in a business dealing.

---

Case ID : 29B-BS-84608                              Serial : 82