UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10230-JLT |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CHARLES PATEL, JR. | ) |  |
| a/k/a CHANDRAKANT PATEL, JR. | ) |  |
| a/k/a CHANDU PATEL | ) |  |
| a/k/a CHANDO PATEL | ) |  |
|  | ) |  |

JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(C)

(1) Outstanding Discovery Issues

There are no outstanding discovery issues that need to be presented to or resolved by the Court.

(2) Ongoing Discovery

The parties do not anticipate providing additional discovery as a result of a future receipt of information, documents or reports of examinations or tests. The government is in possession of a large quantity of supporting bank records that it has and continues to make available to defendant for copying.

(3) Insanity, Diminished Capacity or Public Authority

The defendant does not intend to raise a defense of insanity or diminished capacity, or public authority.

(4)  <u>Alibi</u>

In its October 1, 2004 automatic discovery letter, the United States requested notice of alibi. The defendant has provided no notice.

(5)  <u>Motion Schedule</u>

Defendant has not filed nor intends to file a motion to suppress, sever, or dismiss. However, pending receipt of a psychiatric report currently being prepared on behalf of defendant, counsel expects to move, pursuant to 18 U.S.C. 4241(a) and Fed. R. Crim. P. 12.2(c) (1) (A), for a hearing to determine the mental capacity of the defendant.

(6)  <u>Other Scheduling Issues</u>

The Court will likely need to schedule a hearing on the mental capacity motion.

(7)  <u>Trial</u>

The parties have had preliminary discussions about resolving the case short of trial.

(8)  <u>Speedy Trial Clock</u>

In its June 13, 2006 Order of Excludable Delay, the Court determined that, as of September 6, 2006, there would be 38 non-excludable days, leaving 32 days on the Speedy Trial clock.

(9)   <u>Estimated length of trial</u>:

If there is a trial, it will likely last 5-7 trial days.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | ROBERT L. PEABODY<br>Counsel for Patel |
| By:   /s/ Adam Bookbinder<br>        Adam J. Bookbinder<br>        Assistant U.S. Attorney |   /s/ Robert Peabody<br>Nystrom, Beckman & Paris<br>10 St. James Avenue, 16th Floor<br>Boston, MA  02116<br>(617) 778-9103 |

Dated: September 6, 2006

3