# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.       CRIMINAL NO. 2004-10230-JLT

CHARLES PATEL, JR.,
    Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/7/2006- Conference held.

9/8 - 28/2006 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of September 28, 2006, THIRTY-EIGHT (38) non-excludable days have occurred leaving THIRTY-TWO (32) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                    /s/ *Robert B. Collings*
                                    ROBERT B. COLLINGS
September 7, 2006.                  United States Magistrate Judge