# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                    CRIMINAL NO. 2004-10230-JLT

CHARLES PATEL, JR.,
      Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on September 7, 2006. Counsel for the defendant appeared.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    No.

    (2)    No.

    (3)    No.

(4)   The Government requested notice of alibi; the defendant has not provided any notice in response to the request.

(5)   No motions to suppress, sever or dismiss will be filed; the defendant has been granted until cob September 28, 2006 to file a motion to determine the mental competency of the defendant.

(6)   No.

(7)   At this point, a trial will be necessary; a trial would last about seven (7) trial days.

(8)   *See* Further Order of Excludable Delay entered this date.

(9)   Seven (7) trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)   Yes.

(2)   Yes; no reason for the case to remain with the magistrate judge.

(3)   *See* ¶ (5), *supra.*

(4)   *See* ¶ (8), *supra.*

(5)   Seven (7) trial days.

(6)   No.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE TAURO'S SESSION.

I RECOMMEND THAT CASE BE SET DOWN FOR AN INITIAL PRE-TRIAL CONFERENCE AS SOON AS POSSIBLE AFTER SEPTEMBER 28, 2006 TO HEAR ANY MOTION RESPECTING THE DEFENDANT'S MENTAL COMPETENCE AND TO SET A FIRM TRIAL DATE.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 7, 2006.