UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHARLES PATEL, JR. )<br>)<br>Defendant. ) | Criminal No. 04-10230-JTL |

**DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. §4241(a), (b) AND FED. R. CRIM. P. 12.2(c) (1) (A) FOR A HEARING TO DETERMINE THE MENTAL CAPACITY/COMPETENCY OF DEFENDANT**

Now comes the defendant, Charles Patel, Jr. (Patel), by his attorney, Robert L. Peabody, Esq. of Nystrom, Beckman, & Paris, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. §4241(a) and Fed. R. Crim. P. 12.2(c) (1) (A), for a hearing to determine his mental capacity and competency to stand trial. Similarly, Patel asks, pursuant to 18 U.S.C. §4241(b), that the Court order a psychiatric or psychological examination of defendant be conducted and that a report of that examination be prepared and filed with the Court in advance of any aforementioned competency hearing.

As described more fully in defendant's memorandum in support of his motion -- and being submitted under seal -- Patel's previously diagnosed symptoms of Alzheimer's disease and dementia in the spring of 2004 continue to afflict him. Moreover, Patel's symptoms have worsened since that time. Patel suffers from significant memory loss that will hinder his ability to recall the events and circumstances surrounding his conduct and as alleged in the Indictment. Patel's memory loss and dementia symptoms will also hinder his ability to assist counsel assess and understand the evidence against him and

2

assist counsel in preparing a defense.

          Respectfully submitted,

          **CHARLES PATEL, JR.**
          by his attorney,

          **s/ Robert L. Peabody**
          Robert L. Peabody
          BBO No. 551936
          Nystrom, Beckman, & Paris
          10 St. James Avenue, 16th floor
          Boston, MA 02116
          617 778-9103

Dated: September 28, 2006