UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHARLES PATEL, JR. )<br>)<br>Defendant. ) | Criminal No. 04-10230-JTL |

## CERTIFICATE OF SERVICE

Now comes Defendant, Charles Patel, Jr. (Patel), by his attorney, Robert L. Peabody, Esq. of Nystrom, Beckman, & Paris, and hereby certifies that a true and correct copy of the pleading described below was electronically transmitted to Assistant United States Attorney Adam J. Bookbinder at the U. S. Attorney's Office, United States Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210, on Thursday, September 28, 2006 in accordance with the Notice of Electronic Filing (NEF) requirements set forth in Local Rule 5.4© of the U.S. District Court for the District of Massachusetts.

1. Defendant's Motion Pursuant to 18 U.S.C. §4241(a), (b) and Fed. R. Crim. P. 12.2(c) (1) (A) for a Hearing to Determine the Mental Capacity/Competency of Defendant.

                Respectfully submitted,

                **CHARLES PATEL, JR.**
                by his attorney,

                **s/ Robert L. Peabody**
                Robert L. Peabody
                BBO No. 551936
                Nystrom, Beckman, & Paris
                10 St. James Avenue, 16th floor
                Boston, MA 02116
                617 778-9103

Dated: October 12, 2006