UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10230-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES PATEL, JR. | ) | |
| a/k/a CHANDRAKANT PATEL, JR. | ) | |
| a/k/a CHANDU PATEL | ) | |
| a/k/a CHANDO PATEL | ) | |
| | ) | |

GOVERNMENT'S REQUEST FOR PSYCHIATRIC
EXAMINATION AND TO CONTINUE THE COMPETENCY HEARING

The government joins the defendant in asking the Court to order, under 18 U.S.C. §4241(b), that an independent psychiatric expert evaluate Charles Patel, Jr. and report to the Court before the Court conducts a competency hearing.

The government concedes that the report prepared by the psychiatric expert retained by the defense raises some questions about the defendant's dementia and its impact on his ability to participate in his defense. The government does not, however, accept the conclusion of this defense expert that Patel is not competent to stand trial. While the government could, and will if necessary, retain its own expert to evaluate the defendant, thereby setting up a potential "battle of the experts," the government does not believe that this is the best way to proceed. Rather, the government agrees with the defendant's request that the Court order an evaluation by a Court-appointed expert who can independently advise the Court on the defendant's competence.

Because this process will likely not be finished by November 27, 2006, the date for which the competency hearing is currently scheduled, the Court may want to continue the hearing until after it knows when it will receive the independent evaluation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Adam Bookbinder
      Adam J. Bookbinder
      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

   /s/ Adam J. Bookbinder
   Adam J. Bookbinder

Dated: October 3, 2006