UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10230-JLT |
| ) | |
| v. ) | |
| ) | |
| CHARLES PATEL, JR. ) | |
| a/k/a CHANDRAKANT PATEL, JR.) | |
| a/k/a CHANDU PATEL ) | |
| a/k/a CHANDO PATEL ) | |

JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude from the Speedy Trial clock the time from September 29, 2006, through the date of the competency hearing. Although this hearing has not yet been scheduled, the Court will be able to schedule it as soon as it receives a report from the Court-appointed psychiatric expert.[1]

This time can be excluded on two bases. First, Defendant's Motion Pursuant to 18 U.S.C. §4241 For a Hearing to Determine the Mental Capacity/Competency of Defendant has been pending since he filed it on September 28, 2006 and will be pending until at least the date of the competency hearing. Thus, the time is excludable under 18 U.S.C. §3161(h)(1)(F). Furthermore, delay resulting from proceedings, including examinations, to determine the mental competency of a defendant is specifically excludable under 18 U.S.C. §3161(h)(1)(A).

The parties therefore ask that the Court exclude from the Speedy Trial clock the time

---

[1] The parties will shortly be filing a list of three experts who are willing to be appointed to evaluate the defendant and who are agreeable to both parties.

from September 29, 2006, through the date of the competency hearing.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | ROBERT L. PEABODY |
| United States Attorney | Counsel for Patel |
| | |
| By:   /s/ Adam Bookbinder | /s/ Robert Peabody |
| Adam J. Bookbinder | Nystrom, Beckman & Paris |
| Assistant U.S. Attorney | 10 St. James Avenue, 16th Floor |
| | Boston, MA  02116 |
| | (617) 778-9103 |

Dated: December 7, 2006