UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Criminal No. 04-10230-JTL |
| ) | |
| CHARLES PATEL, JR. ) | |
| ) | |
| **Defendant.** ) | |

**PARTIES' JOINT SUBMISSION OF THREE (3) NAMES/CREDENTIALS FOR COURT TO CONSIDER IN CONNECTION WITH APPOINTMENT OF PSYCHIATRIST TO CONDUCT COMPETENCY EVALAUTION OF DEFENDANT PURSUANT TO 18 U.S.C. §4241 (b) AND FED. R. CRIM. P. 12.2(c) (1) (A)**

Now comes the United States of America (the government), by its attorney, Assistant U.S. Attorney Adam J. Bookbinder, and defendant, Charles Patel, Jr. (Patel), by his attorney, Robert L. Peabody, Esq. of Nystrom, Beckman, & Paris, and jointly submits the below mentioned list of three (3) psychiatrists (and their credentials) for the Court to review/assess in selecting one psychiatrist to conduct a court ordered competency evaluation of Patel, pursuant to 18 U.S.C. §4241(b) and §4247(b), as well as Fed. R. Crim. P. 12.2 (c) (1) (A).

In addition, and pursuant to the directive of 18 U.S.C. §4247 (c), the psychiatrist selected by the Court shall prepare a report of his evaluation of Patel that is to be filed with the Court with copies provided to counsel for Patel and the attorney for the government.

The list of psychiatrists includes the following:

1. Dr. Bernard Katz. (A copy of Dr. Katz' curriculum vitae is attached as Exhibit A.)

2

2. Dr. Russell Vasile. (A copy of Dr. Vasile's curriculum vitae is attached as Exhibit B.)

3. Dr. David Rosmarin. (A copy of Dr. Rosmarin's curriculum vitae is attached as Exhibit C.)

|  |  |
|---|---|
|  | Respectfully submitted, |
| **MICHAEL J. SULLIVAN**<br>United States Attorney | **CHARLES PATEL, JR.**<br>By his attorney, |
| **s/ Adam J. Bookbinder**<br>Adam J. Bookbinder<br>Assistant U. S. Attorney<br>U.S. Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210 | **s/ Robert L. Peabody**<br>Robert L. Peabody<br>BBO No. 551936<br>Nystrom, Beckman, & Paris<br>10 St. James Avenue, 16th floor<br>Boston, MA 02116<br>617 778-9103 |

Dated: December 8, 2006

2