January 2006

CURRICULUM VITAE

Bernard Katz, M.D.

Education and Degrees:

- Ohio University, Athens, Ohio - B.A. Honors
- University of Chicago - M.A., Psychiatric Social Work
- University of Louisville School of Medicine, Louisville, KY - M.D.

Training and Experience:

| | |
|---|---|
| 12/02-3/04 | Psychiatrist-in-Chief, Tufts New England Medical Center Boston, MA |
| 1997-Present | Private Practice, General and Forensic Psychiatry |
| 1994-1997 | Psychiatrist-in-Chief, Correctional Medical Services, Massachusetts Project, Dedham, MA |
| 1994-1997 | Medical Director, Bridgewater State Hospital, Bridgewater, MA |
| 1987-1994 | Psychiatrist-in-Chief, HRI Hospital, Brookline, MA |
| 1983-1987 | Medical Director, The Outpatient Clinics, Human Resource Institute, Brookline, MA |
| 1973-1983 | Medical Director and Co-Founder, Westwood Lodge Hospital, Westwood, MA |
| 1975-1980 | Clinical Director, Psychiatric Associates of Norfolk County |
| 1971-1981 | Chief, Department of Psychiatry, United States Public Health Service Hospital, Brighton, MA   (part-time) |
| 1969-1994 | Chief Psychiatric Consultant, Dept. of the Army, AFEES, Boston, MA,   (part-time) |
| 1969-1972 | Director, Aftercare Clinic, South Shore Mental Health Center, Quincy, MA   (part-time) |
| 1968-1971 | Resident in Psychiatry, Massachusetts Mental Health Center/Harvard Medical School, Boston, MA |
| 1967-1968 | Rotating Intern, University of Wisconsin Hospitals, Madison, WI |
| 1960-1963 | Caseworker, Jewish Family Service Bureau, Cincinnati, OH |

Teaching Activities:

| | |
|---|---|
| 2002-Date | Adjunct Clinical Professor of Psychiatry, Tufts University School of Medicine, Boston, MA |
| 1989-Date | Associate Clinical Professor of Psychiatry, Boston University School of Medicine |
| 1985-1993 | Senior Clinical Supervisor, Faulkner Hospital |

| | |
|---|---|
| 1971-Date | Clinical Instructor in Psychiatry, Harvard Medical School |
| 1983-1994 | Clinical Associate in Psychiatry, Massachusetts General Hospital |
| 1979-1989 | Assistant Clinical Professor of Psychiatry, Boston University School of Medicine 1979-1981 |
| 1979-1981 | Lecturer in Psychopathology, Boston College School of Social Work |
| 1979-1980 | Instructor, Mental Health Collaborative, Boston, MA |
| 1978-1980 | Faculty, Boston Institute for Psychotherapy |
| 1977-1980 | Consultant, Parents' and Children's Services, Boston, MA |
| 1974-1979 | Clinical Instructor (Psychiatry), Boston University School of Medicine |
| 1971-1974 | Supervisor, Massachusetts Mental Health Center, Boston, MA |
| 1968-1971 | Teaching Fellow (Psychiatry), Harvard Medical School |

Other Professional Activities:

| | |
|---|---|
| 2003-Date | Distinguished Fellow, American Psychiatric Association |
| 2002-Date | Psychiatric Consultant, Massachusetts State Police (Crisis Negotiating Team) |
| 2002-Date | Psychiatric Consultant, Framingham (MA) Police Department |
| 2002 | American Psychiatric Association Special Presidential Award |
| 2001-2005 | Trustee, Pratt Medical Group of Tufts New England Medical Center |
| 1999-2000 | Committee on the Chronically Mentally Ill, Combined Jewish Philanthropies |
| 1998-2002 | Massachusetts Psychiatric Society Finance Committee |
| 1998-2002 | Massachusetts Psychiatric Society Planning Committee |
| 1997-Date | Board of Directors, Advocates Health Care Systems |
| 1996-2003 | Chairman, Constitutional Membership Committee American Psychiatric Association |
| 1993-1996 | Psychiatric Consultant, Massachusetts Medical Professional Insurance Association |
| 1993-1996 | Constitutional Membership Committee, American Psychiatric Association |
| 1988-1989 | Senior Consultant, Governor's "Blue Ribbon Commission" to study Bridgewater State Hospital |
| 1986-1992 | Commissioner, Joint Commission on Public Affairs, American Psychiatric Association, Washington, D.C. |
| 1985-Date | Founding Director, Massachusetts Association for Psychiatry |
| 1985-1994 | Senior Mental Health Consultant to the Commissioner, Massachusetts Department of Correction |
| 1985-1994 | Consultant, Professional Liability Insurance Committee, |

| | |
|---|---|
| | American Psychiatric Association |
| 1985-1990 | Public Affairs Representative, American Psychiatric Association |
| 1985-1987 | Member, American College of Mental Health Administrators |
| 1985-1986 | Participant, Executive Office of Human Services, Mental Health Action Project |
| 1984-1987 | Consultant Reviewer, Massachusetts Blue Cross/Blue Shield Master Health Plus Program |
| 1984-1985 | President, Massachusetts Psychiatric Society |
| 1983-1984 | President-Elect, Massachusetts Psychiatric Society |
| 1983-1984 | Delegate, American Psychiatric Association, Psychiatric Benefits Project, Washington, D.C. |
| 1982-1984 | Advisor, Special Committee, Massachusetts State Senate (McGovern) |
| 1981-2005 | Director and Co-Founder, Law and Psychiatry Resource Center |
| 1981-1982 | Executive Administrative Consultant, Norfolk Mental Health Association and Cutler Clinic |
| 1981-2002 | Reviewer, American Journal of Psychiatry |
| 1979-1983 | Treasurer, Massachusetts Psychiatric Society |
| 1979-1981 | Advisor, Special Committee, Massachusetts State Senate (Backman) |
| 1978-2003 | Fellow, American Psychiatric Association |
| 1976-1986 | Member, Board of Directors, Norfolk Mental Health Association |
| 1976-1977 | Chairman, Nominating Committee, Massachusetts Psychiatric Society |
| 1975-1990/03 | Examiner, American Board of Psychiatry and Neurology, Inc. (part-time) |
| 1975-1986 | Clinical Advisory Committee, Norfolk Mental Health Association |
| 1975-1976 | Member, Nominating Committee, Massachusetts Psychiatric Society |
| 1971-1978 | General Member, Massachusetts Psychiatric Society and American Psychiatric Association |
| 1969-1971 | Member-in-Training, Massachusetts Psychiatric Society and American Psychiatric Association |

Other (Awards, Honors, etc.):

B.A. (Honors); Alumni Scholarship, University of Louisville School of Medicine; variety of scholarships, fellowships, and minor honors throughout undergraduate, graduate and medical school.

Military Obligation:

United States Public Health Service, Lt. Commander - 1968 - 1971; Inactive Reserve, USPHS.

Licensures:

Massachusetts #31344

3

Board Certification:
American Board of Psychiatry and Neurology (Psychiatry), 1974
American Board of Psychiatry and Neurology, Subspecialty in Forensic Psychiatry, 1999

Courses Given:

American Psychiatric Association Annual Meeting, New York, 1983. "Law and Psychiatry" along with Gutheil, T. and Rogoff, J.

Also presented at the annual meeting of the American Psychiatric Association, Los Angeles, 1984.

"Malpractice Prevention," along with Gutheil, T. Appelbaum, P., and Rogoff, J., American Psychiatric Association, Annual meeting, Dallas, Texas, 1985.

Also presented at the American Psychiatric Association, annual meeting, Washington, D.C., 1986, Chicago, 1987; Montreal, 1988; San Francisco, 1989; New York, 1990; New Orleans, 1991; San Francisco, 1993; Philadelphia, 1994; San Diego, 1997.

"Reducing the Risk of Malpractice," Hospital and Community Psychiatry Annual meeting, Los Angeles, October, 1991.

Participant Supervisor, Psychiatric Board Review Course, Harvard Medical School, 1999.

Supervisor, Intensive Diagnostic Interviewing, Harvard Medical School, April, 2001

Grand Rounds Given:

Massachusetts General Hospital, January, 1982, "Inpatient Psychiatry"

Boston University School of Medicine, November, 1982, "Unusual Presentation of Affective Disorder"

St. Vincent's Hospital, Worcester, MA, November, 1984, "Psychiatric Malpractice Prevention"

Mount Auburn Hospital, Cambridge, MA, October, 1991, "Psychiatric Malpractice Prevention"

Boston University School of Medicine, October, 1996, "Malpractice Prevention for the Clinician"

Medical College of Virginia, November, 1996, "Malpractice Risk Reduction for the Clinician"

Publications

4

Baldessarini R, Katz B, Cotton P: Dissimilar dosing with Neuroleptics of high and low potency. <u>American Journal of Psychiatry</u> 141:748-752, 1984.

Sederer L, Katz B, Manschrek T: Inpatient psychiatry: perspectives from the general, the private, and the state hospital. <u>General Hospital Psychiatry</u> 6:180-190, 1984.

<u>Presentations</u>:

Participated in presentation of "The Boundary Between Public and Private Responsibility," sponsored by the Massachusetts Public Health Association, Inc., November 8, 1984.

"Psychotic Illnesses: Their manifestations with and without Treatment." Presented at "Update on the Rogers Decision: A Psychiatric/Judicial Educational Exchange," sponsored by the Massachusetts Psychiatric Society and the Probate and Family Court Department, November 9, 1984

"Handling a Juvenile Transfer Case" - lecturer and panelist, Massachusetts Continuing Legal Education, Inc., November 29, 1990.

"Malpractice Prevention," Medical/Legal Seminar sponsored by PRMS, the American Psychiatric Association malpractice insurance company, Boston, September 14, 1994.

"Psychiatric Factors in Juvenile Transfer Decisions" - National Council of Juvenile and Family Court Judges, Sarasota, Florida, April 28, 1993.

"Violence," Discussant/Moderator Joint Meeting American Psychiatric Association and the Italian Psychiatric Society, San Felice, Italy, April, 1997.

"Psychology of Rape," Discussant, Harvard University Institute of Politics, April, 1997.

"Psychiatric Risk Management," Massachusetts Psychiatric Society Conference, 1999.

"Risk Management in Managed Care Environment". Massachusetts Psychiatric Society, 2000.

"First Do No Harm", Moderator/Discussant, Massachusetts Psychiatric Society, March, 2001

Annual Risk Management Conference, Massachusetts Psychiatric Society, March 2002

"Personality Disorders in the Forensic Setting", Presenter/Discussant, Office of Mental Health, State of New York, December, 2002.