**Date Prepared: 10/2006**

## CURRICULUM VITAE

**Part I: General Information**

**Name:**           Russell George Vasile, M.D.

**Office Address:**   Beth Israel Deaconess Medical Center
                      Department of Psychiatry
                      330 Brookline Avenue
                      Boston, MA 02215

**Home Address:**   95 Roundwood Road
                    Newton, MA 02464

**E-mail**:         rvasile@bidmc.harvard.edu   **FAX:** 617-975-5274

**Place of Birth:** New York, New York

**Education:**

| | | |
|---|---|---|
| 1970 | A.B. | Princeton University, Princeton, New Jersey |
| 1974 | M.D. | Harvard Medical School, Boston, MA |

**Postdoctoral Training:**

Internship and Residencies:

| | |
|---|---|
| 1974-1975 | Medical Intern, Boston City Hospital, Boston, MA |
| 1975-1977 | Resident in Psychiatry, Massachusetts Mental Health Center (MMHC), Boston, MA |
| 1977-1978 | Chief Resident in Psychiatry, Service II, MMHC, Boston, MA |

**Licensure and Certification:**

| | |
|---|---|
| 1975 | Massachusetts License Registration |
| 1980 | American Board of Psychiatry and Neurology |
| 1999 | American Board of Psychiatry and Neurology, Added Qualification in Forensic Psychiatry |

**Academic Appointments:**

| | |
|---|---|
| 1978-1984 | Instructor in Psychiatry, Harvard Medical School, Boston, MA |
| 1984- | Assistant Professor of Psychiatry, Harvard Medical School, Boston, MA |
| 1996- | Associate Professor of Psychiatry, Harvard Medical School, Boston, MA |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 1978-1998 | Staff Psychiatrist, MMHC, Boston, MA |
| 1980-1990 | Consulting Psychiatrist, South Shore Hospital, South Weymouth, MA |
| 1981-1996 | Staff Psychiatrist, New England Deaconess Hospital, Boston, MA |
| 1996- | Staff Psychiatrist, Beth Israel Deaconess Medical Center |

**Other Professional Positions and Major Visiting Appointments:**

1979-1981    Teaching Assistant, Department of Psychology and Social Relations Harvard University, Cambridge, MA
2005         Graduate, Boston Psychoanalytic Society and Institute, Boston, MA

**Major Administrative Responsibilities:**

1978-1982    Associate Residency Training Director, MMHC, Boston, MA
1978-1982    Associate Director, Affective Disorders Consultation Service, MMHC, Boston, MA
1982-1989    Director, Harvard Psychiatry In-Patient Service, New England Deaconess Hospital, Boston, MA
1989-1991    Associate Chief of Psychiatry, New England Deaconess Hospital, Boston, MA
1991-1993    Director of Psychiatric Training and Education, New England Deaconess Hospital, Boston, MA
1992-1996    Director of Outpatient Psychiatric Services, Beth Israel Deaconess Medical Center, Boston, MA
1993-1996    Director, Affective Disorders Consultation Service, New England Deaconess Hospital, Boston, MA
1996-        Director, Affective Disorders Program, Beth Israel Deaconess Medical Center, Boston, Boston, MA

**Major Committee Assignments:**

National:

1986    Psychotherapy Techniques and Outcomes Subcommittee of Module A of the 6th Edition of the Psychiatric Knowledge and Skills Assessment Program (PKSAP VI) of the American Psychiatric Association, Member

Harvard Medical School:

1986-1989    New Pathway Clinical Clerkship In Psychiatry Planning Committee
1989-1993    Directors of Clinical Clerkships in Psychiatry Committee
1992- 2000   Curriculum Committee, Harvard Longwood Psychiatry Residency Training Program
1993-1994    "Models of the Mind" Course Planning Committee, Harvard Longwood Psychiatry Residency Training Program, Chairman
1993- 2003   Mysell Lecture and Research Day Committee
1995-1997    Countway Library Rare Books Room Task Force II Committee

**Major Committee Assignments (Cont.)**

Russell G. Vasile, M.D.                                                                                       2

2006-           Committee on Psychotherapy Teaching and Curriculum Development, Harvard Longwood Psychiatry Residency Training Program

Beth Israel Deaconess Hospital:

| | |
|---|---|
| 1982-1991 | Psychiatric Care Committee, New England Deaconess Hospital, Boston, MA |
| 1982-1993 | Residency Training Committee, MMHC, Boston, MA |
| 1989-1990 | Residency Training Director, Search Committee, MMHC, Boston, MA |
| 1989-1991 | Psychiatry Long-Range Planning Committee, New England Deaconess Hospital, Boston, MA |
| 1989-1991 | Executive Committee, Deaconess Medicine, New England Deaconess Hospital, Boston, MA |
| 1995-1996 | Institutional Review Board on Human Studies, Deaconess Hospital, MMHC, Boston, MA |
| 1996- 2003 | Committee on Clinical Investigation, Beth Israel Deaconess Medical Center (West Campus), Boston, MA |

**Professional Societies:**

| | |
|---|---|
| 1978- | American Psychiatric Association |
| 1978- | Massachusetts Psychiatric Society |
| 1988-1991 | Committee on Inpatient Psychiatry of the Massachusetts Psychiatric Society |
| 1982 | Boston Psychoanalytic Society and Institute |
| 1993- 2000 | International Society for Neuroimaging in Psychiatry |
| 2006- | American Academy of Psychiatry and the Law |


**Editorial Boards:**

| | |
|---|---|
| 1989-2001 | Member and Reviewer, <u>Harvard Medical School Mental Health Letter</u> |
| 1989- | Reviewer, <u>Hospital and Community Psychiatry</u> |
| 1993- | Reviewer, <u>Harvard Review of Psychiatry</u> |
| 1995- | Reviewer, <u>American Psychiatric Press, American Psychiatric Association</u> |
| 1995- | Reviewer, <u>Journal of Nervous and Mental Disease</u> |
| 1997- | Reviewer, <u>Psychiatric Services</u> |
| 2000- | Reviewer, <u>Progress in Neuro-Psychopharmacology and Biological Psychiatry</u> |

**Awards and Honors:**

| | |
|---|---|
| 1970 | Phi Beta Kappa, Princeton University |
| 1970 | Summa Cum Laude, Princeton University |
| 1970 | Lawrence Hutton Prize, Department of History, Princeton University |
| 1970 | C.O. Joline Prize, Department of History, Princeton University |
| 1974 | Sandoz Award, Department of Psychiatry, Harvard Medical School |
| 1990 | Fellow, American Psychiatric Association |
| 1993 | Elvin V. Semrad Award, for Excellence in Teaching, MMHC, Harvard Medical School |
| 2003 | Distinguished Fellow, American Psychiatric Association |

**Part II:  Research, Teaching and Clinical Contributions**

**A.  Narrative Report**

Since the late 1970s, I have been engaged in academic activities related to the assessment and treatment of affective disorders. My publications have focused on issues in the clinical assessment and management of patients with depressive disorders, and on studies related to brain imaging of affective disorders. Clinical research investigations have included studies involving brain electrical activity mapping in major depression and studies involving single photon emission computed tomography (SPECT) in the assessment of patients with major depression. I have participated in studies which reported on changes in regional cerebral blood flow (rCBF) in patients with major depression as compared to normal controls and studies of rCBF changes in patients with seasonal affective disorder before and after light treatment.  I have described abnormalities in topographic patterns of rCBF and focal changes in rCBF in depressed patients and patients with chronic fatigue and AIDS dementia complex.  I have collaborated in studies of transcranial magnetic stimulation as an antidepressant treatment. I am participating in longitudinal studies related to the naturalistic course of anxiety disorders including studies of Panic Disorder with or without Major Depression as well as Social Phobia, and Agoraphobia. These studies include assessment of patients in both psychiatric and primary care settings. I have contributed to studies related to the comorbidities among the anxiety disorders.

I have published several articles related to the clinical assessment and management of depressive disorders and the use of brain imaging in the assessment of affective illness.

In addition, I have been involved in a historical study of psychoanalysis in America around the turn of the century with colleagues including Dr. Bennet Simon of Harvard Medical School Department of Psychiatry and Dr. Elizabeth Lunbeck of Princeton University.  I have completed psychoanalytic training and have an ongoing interest in integrating psychoanalytic concepts into my broader academic activities.

Pertinent to teaching activities, I have been actively engaged in clinical supervision and teaching of psychiatric residents and medical students since the late 1970s. I have been the course director and principal teacher of a course entitled, "Models of the Mind," which is an element of the core curriculum for the PGY II residents. I have contributed to lectures on the assessment and treatment of depression for both medical students and psychiatric residents. I have also taught a program in psychiatric diagnosis for medical students for several years. I am a member of the Curriculum Committee of the Harvard Longwood Residency Training Program. I have been the course director and sole lecturer for Continuing Medical Education courses on the assessment and treatment of depression and anxiety sponsored by the Harvard Medical School.

My clinical activities are focused on the treatment of psychiatric outpatients through the outpatient department of the Beth Israel Deaconess Medical Center. I particularly focus on consultation related to issues in the management of depressed and anxious patients. I am the director of the Affective Disorders Consultation Service, which focuses on psychodynamic and psychopharmacologic treatment recommendations for patients with complex, often refractory mood and anxiety disorders. Currently the service is consulting on approximately 100 patients per year.

 I am also actively engaged in consultation related to forensic psychiatry and have served as an expert witness and testified in over 50 cases involving a broad range of criminal and civil forensic issues in areas including psychiatric injury and disability, fitness for duty assessments, criminal responsibility,

competency to stand trial, and psychiatric malpractice. I obtained subspecialty certification in forensic psychiatry in 2000.

**B. Funding Information**

1995-1996   Milton Fund, Harvard Medical School, PI, "The Case of Rachel K. – Dr. Louville Emerson and Psychoanalysis in America, 1912-1917"

**C. Report of Current Research Activities**

I am currently engaged in studies related to the naturalistic longitudinal course of anxiety and depressive disorders and patterns of medication utilization in treating these patients in both general psychiatric and primary care settings. These studies are being conducted in collaboration with Dr. Martin Keller of the Brown University Department of Psychiatry.  I am also collaborating with Dr. Larry Seidman in two Commonwealth Research Center projects, The Adolescent Development Study and the First Episode Brain Study (FEBS): Longitudinal Assessment of Psychosis. .

**D. Report of Teaching**

1978-1999   Massachusetts Mental Health Center and Harvard Longwood Residency Training Program, Boston, MA, Supervisor, 2 residents, 100 hours per year

1978-   Harvard Medical Student Rotations at Massachusetts Mental Health Center and New England Deaconess Medical Center, Boston, MA, Lecturer, 8 medical students, 16 hours per year

1985-1993   Introduction to Clinical Medicine Clerkship, New England Deaconess Hospital, Boston, MA, Lecturer, 8 medical students, 2 hours per year

1987-1994   Introduction to Affective Disorders for Psychiatry Residents, New England Deaconess Hospital, Boston, MA, Seminar Leader, 8 residents, 12 hours per year

1987-1989   New Pathway Clinical Clerkship, New England Deaconess Hospital/Massachusetts Mental Health Center, Boston, MA, Course Director, 4 medical students, 100 hours per year

1988-   "Psychiatry 700 MJ," Introduction to Psychiatry, Harvard Medical School, Boston, MA, Lecturer, 35 medical students, 4 hours per year

1989-1990   "Assessment of Adult Psychiatric Disorders," Behavioral Medicine Program, New England Deaconess Hospital, Boston, MA, Course Director and Lecturer, 30 mental health professionals, 4 hours per year

1989-1994   Harvard Medical School Psychiatry Rotation at New England Deaconess Hospital, Boston, MA, Course Director, 36 medical students, 50 hours per year

1990-1994   PGY II Affective Disorders Teaching Program, Massachusetts Mental Health Center, Boston, MA, Course Director, 12 residents, 8 hours per year

| | |
|---|---|
| 1991-1993 | PGY IV Seminar on Psychodynamic Psychiatry, Massachusetts Mental Health Center, Boston, MA, Course Director and Lecturer, 12 residents, 12 hours per year |
| 1991-1993 | PGY II Personality Disorder Seminar, Massachusetts Mental Health Center, Boston, MA, Lecturer, 12 residents, 6 hours per year |
| 1991-1993 | Residency Training Program, Massachusetts Mental Health Center, Boston, MA, Preceptor, 1 resident, 50 hours per year |
| 1992-1996 | Case Consultation Teaching Rounds, Inpatient Services, New England Deaconess Hospital, Boston, MA, Supervisor, 6 residents, 18 hours per year |
| 1994- | Psychopharmacology Teaching Program, Harvard Longwood Psychiatry Residency Training Program, Boston, MA, Faculty, 14 residents, 8 hours per year |
| 1994- | "Models of the Mind," Seminar, Harvard Longwood Psychiatry Residency Program, Boston, MA, Course Director, 14 residents, 20 hours per year |
| 1996- | Case Consultation Teaching Rounds, Inpatient Services, Beth Israel Deaconess Medical Center, Boston, MA, Supervisor, 4 residents, 8 hours per year |
| 2001- | Clinical Supervision, Harvard Longwood Residency Training Program, Boston, MA 1 resident, 44 hours per year |

**Presentations:**

| | |
|---|---|
| 1980 | "Dr. James Jackson Putnam - from Neurology to Psychoanalysis," Countway Library, Harvard Medical School, Boston, MA, Invited Lecturer, Department of Psychiatry, McLean Hospital |
| 1982 | "Dr. James Jackson Putnam and American Psychiatry --1985-1910," Ether Dome, Massachusetts General Hospital, Boston, MA, Invited Lecturer, Department of Psychiatry, Massachusetts General Hospital |
| 1984 | "Advances in Brain Imaging, Clinical Implications," American Psychiatric Association, New Research Program and Abstracts, Los Angeles, CA, Symposium Chairman and Presenter |
| 1986 | "Beam in Melancholia: Visual Evoked Potentials," American Psychiatric Association, New Research Program and Abstracts, Washington, DC, Oral Presentation |
| 1988 | "Brain Electrical Activity Mapping in Psychiatry: Clinical Implications," Scientific Symposium, Massachusetts Psychiatric Society, Newton, MA, Invited Lecturer |
| 1989 | "Brain Electrical Activity Mapping in Affective Disorders -- Clinical and Research Implications," The Institute of Living, Hartford, CT, Invited Lecturer |

Russell G. Vasile, M.D.    6

| | |
|---|---|
| 1990 | "Update on Depressive Disorders: Psychopharmacologic and Psychodynamic Management, Psychiatric Grand Rounds, Brigham and Women's Hospital, Boston, MA, Invited Lecture |
| 1991 | "Diagnosis and Treatment of Depression," Horizon Mental Health Management Northeast Regional Meeting, Boston, MA, Invited Lecturer |
| 1992 | "Axis I Disorder Outcome Predicted by Personality Pathology," American Psychiatric Association, Washington, DC, Symposium Discussant |
| 1992 | "Psychiatric Neuroradiology," Neurobiology of Disease Seminar, Beth Israel Hospital, Boston, MA, Invited Lecturer |
| 1992 | "Brain Imaging in Affective Disorders," Psychopharmacology Lecture Series, Massachusetts Mental Health Center, Boston, MA, Invited Lecturer |
| 1992 | "Quantitative EEG in Depressive Disorders," Psychopharmacology Grand Rounds, McLean Hospital, Belmont, MA, Invited Lecturer |
| 1993 | "Brain Imaging in Affective Disorders -- An Update," Psychopharmacology Grand Rounds, Massachusetts Mental Health Center, Boston, MA, Invited Lecturer |
| 1993 | "Emerging Issues in the Evaluation and Treatment of Depressive Disorders," Grand Rounds, Massachusetts Mental Health Center, Boston, MA, Invited Lecturer |
| 1993 | "New Perspectives on the Assessment and Treatment of Depression," Academic Grand Rounds, Westwood Lodge Hospital, Westwood, MA, Invited Lecturer |
| 1993 | "Approaches to the Assessment and Treatment of Depression," Horizon Mental Health Services, Southeastern Region Conference, Orlando, FL, Invited Lecturer and Seminar Leader |
| 1995 | "SPECT Brain Imaging in Affective Disorders -- Clinical and Research Perspectives," Psychopharmacology Grand Rounds, Massachusetts Mental Health Center, Boston, MA, Invited Lecturer |
| 1995 | "New Perspectives on the Assessment and Treatment of Depression," Medical Directors Meeting, Midwestern Region, Horizon Mental Health Management, Chicago, IL, Invited Lecturer and Seminar Leader |
| 1995 | "Emerging Issues in the Treatment of Affective Disorders," Medical Director's Meeting, Northeast Region Horizon Mental Health Management, Boston, MA, Invited Lecturer and Seminar Leader |
| 1995 | "SPECT in Neuropsychiatry -- Clinical and Research Perspectives," Neurosciences Lecture Series, Longwood Neuropsychiatry Group, Brigham and Women's Hospital, Boston, MA, Invited Lecturer |

| | |
|---|---|
| 1996 | "Affective Illness: Improved Treatment Options," Psychiatric Grand Rounds, Westwood Lodge Hospital, Westwood, MA, Invited Lecturer |
| 1996 | "Approaches to the Assessment and Treatment of Depression, Psychiatric Grand Rounds, The Arbour Hospital, Jamaica Plain, MA, Invited Lecturer |
| 1996 | "Brain Imaging in Depression," Psychiatric Grand Rounds, Beth Israel Deaconess Medical Center, Boston, MA, Invited Lecturer |
| 1996 | "SPECT Brain Imaging in Neuropsychiatry," Psychiatric Grand Rounds, Brockton VA Hospital, Brockton, MA, Seminar Leader |
| 1997 | "Brain Imaging in Affective Disorders -- Emerging Developments," Psychopharmacology Lectures Series, Massachusetts Mental Health Center, Boston, MA, Invited Lecturer |
| 1997 | "Rachel K. -- A Psychoanalytic Case Study of Trauma and Hysteria in Boston, 1912-1917," American Psychiatric Association, San Diego, CA, Seminar Leader |
| 1997 | "Psychoanalytic Perspectives on Trauma and Hysteria in Boston – 1912-1917 – A Case Study," Harvard Longwood Program Psychiatry Grand Rounds, Boston, MA, Invited Lecturer |
| 1998 | "SPECT Research in Psychiatry," Neurophysiology Seminar, Department of Psychiatry, Tufts New England Medical Center, Boston, MA, Invited Lecturer |
| 1998 | "Psychopharmacolgic Treatment of Depression and Anxiety," Psychopharmacology Symposium of The Psychiatric Society of Puerto Rico, Invited Lecturer and Symposium Leader |
| 1999 | "Clinical Perspectives on Treatment Resistant Depression," Psychopharmacology Symposium of The Psychiatric Society of Puerto Rico, Invited Lecturer and Symposium Leader |
| 2003 | "Evolution of Treatment and Research in Affective Disorders" Harvard Medical School – Massachusetts Mental Health Center Symposium, Invited Symposium Speaker |
| 2004 | "Why Does History of Psychiatry Matter? " American Psychiatric Association Annual Meeting, New York City, New York, Invited Symposium Speaker |
| 2004 | Clinical Case Presentation, Invited Discussant, Beth Israel Deaconess Medical Center, Department of Psychiatry Grand Rounds, Boston, MA |
| 2005 | "Treatment Resistant Depression: New Perspectives and Emerging Treatment Strategies", Beth Israel Deaconess Medical Center, Department of Psychiatry Grand Rounds, Boston, MA |

**Continuing Medical Education:**

1988-1991    Intensive Diagnostic Interviewing -- "The Psychiatric Interview," Massachusetts Mental Health Center, Harvard Medical School, Lecturer, 6 hours per year

1991-    Intensive Diagnostic Interviewing -- "Overview of Psychiatric Diagnosis," Massachusetts Mental Health Center, Harvard Medical School, Lecturer, 6 hours per year

1993    "New Developments in the Assessment and Treatment of Affective Disorders," Massachusetts Mental Health Center, Harvard Medical School, Course Director and sole Lecturer, 15 hours per year

1994    "New Perspectives on the Diagnosis and Treatment of Anxiety and Depression," Massachusetts Mental Health Center, Harvard Medical School, Course Co-Director and Lecturer, 15 hours per year

1995    "New, Innovative Approaches in the Assessment and Treatment of Depression and Anxiety," Massachusetts Mental Health Center, Harvard Medical School, Course Director and sole Lecturer, 15 hours per year

1995    "ADD, Depression and Anxiety: Perspectives on Diagnosis and Treatment," Lecturer, Cambridge Hospital, Harvard Medical School, Attention Deficit Disorders CME Program, 2 hours

1996    "Emerging Approaches in the Assessment and Treatment of Depression and Anxiety," Massachusetts Mental Health Center, Harvard Medical School, Course Director and sole Lecturer, 15 hours per year

1997    "Advances in the Assessment and Treatment of Anxiety and Depression," Massachusetts Mental Health Center, Harvard Medical School, Course Director and sole Lecturer, 15 hours per year

1998    "New Developments in the Assessment and Treatment of Anxiety and Mood Disorders," Massachusetts Mental Health Center, Harvard Medical School, Course Director and sole Lecturer, 15 hours per year

1999    "Critical Issues in the Assessment and Treatment of Depression and Anxiety," Massachusetts Mental Health Center, Harvard Medical School, Course Director and Lecturer, 15 hours per year

2000    "Advances in the Assessment and Treatment of Depression and Anxiety- Year 2000 Update," Massachusetts Mental Health Center, Harvard Medical School, Course Director and Lecturer, 15 hours per year

| | |
|---|---|
| 2001 | " New Strategies in the Assessment and Treatment of Depression and Anxiety-Year 2001 Update", Massachusetts Mental Health Center, Harvard Medical School, Course Director and Lecturer, 15 hours per year |
| 2002 | " Clinical Overview of the Assessment and Treatment of Depression and Anxiety- Emerging Strategies in the new Millennium", Massachusetts Mental Health Center and Beth Israel Deaconess Medical Center, Harvard Medical School, Course Director and Lecturer, 15 hours per year |
| 2002 | "Psychopharmacologic Management of Bipolar Disorder", CME Program, Silver Hill Hospital, New Canaan, CT |
| 2003 | "Advances in the Assessment and Treatment of Mood Disorders, CME Program, Brattleboro Retreat, Brattleboro, Vermont |
| 2003 | " Psychopharmacology through the Life Cycle", Massachusetts Mental Health Center and Beth Israel Deaconess Hospital, Harvard Medical School, Co-Course Director and Lecturer, 15 hours per year |
| 2004 | " Psychopharmacology through the Life Cycle", Massachusetts Mental Health Center and Beth Israel Deaconess Hospital, Harvard Medical School, Co-Course Director and Lecturer, 15 hours per year |
| 2005 | " Psychopharmacology through the Life Cycle", Massachusetts Mental Health Center and Beth Israel Deaconess Hospital, Harvard Medical School, Course Director and Lecturer, 15 hours per year |
| 2006 | "Mood Disorders", CME Program, Massachusetts School of Professional Psychology, Boston, Massachusetts, Lecture and Discussion, 3 hours |
| 2006 | "Psychopharmacology through the Life Cycle", Massachusetts Mental Health Center and Beth Israel Deaconess Hospital, Harvard Medical School, Co-Course Director and Lecturer, 9 hours per year |
| 2006 | "Assessing Fitness for Duty: Depression in the Workplace Latest Developments", 26th Annual National Workers' Compensation and Occupational Medicine Conference sponsored by SEAK Inc., Lecture and Discussion, Cape Cod, Massachusetts |

**E.  Report of Clinical Activities**

1.   I conduct psychiatric assessment and treatment of adult patients.  My major area of focus is affective disorders assessment and treatment.  I particularly focus on consultation and management of complex depressive disorders.  I consult on both the psychopharmacologic and psychodynamic aspects of treatment. I have consulted on approximately 100 cases over the past year.

2.   I conduct an office practice in an adult outpatient setting.  I engage in 30 hours of direct patient

Russell G. Vasile, M.D.                                                                                                                          10

care, 20 hours per week under the auspices of the Harvard Medical Faculty Physicians group practice at Beth Israel Deaconess Medical Center, and 10 hours per week through a private practice in Boston. Many patients are referred for consultation regarding treatment resistant mood disorders.

3. I actively engage in teaching Continuing Medical Education programs that emphasize innovative approaches to the assessment and management of difficult affective disorders. In addition to teaching under the auspices of the Harvard Medical School Continuing Medical Education program, I frequently lecture and give seminars involving physicians in community practice as internists or psychiatrists in practice in non-academic private psychiatric hospitals. A particular focus of my teaching involves innovative methods of integrating psychological and psychopharmacological treatment methods.

4. I have been elected as a Distinguished Fellow of the American Psychiatric Association largely on the basis of my contributions to teaching and practice that relate to clinical care of patients with mood disorders. I have also been invited to lecture on psychiatric clinical care issues by local and national medical and psychiatric organizations.

**Part III:  Bibliography**

1. Appelbaum P, Vasile RG, Orsulak PJ and Schildkraut JJ. Clinical utility of tricyclic antidepressant blood levels: A case report. Am J Psychiatry 1979; 136(3): 339-341

2. Vasile RG and Gutheil T. The psychiatrist as a medical backup: Ambiguity in the delegation of clinical responsibility. Am J Psychiatry 1979; 136 (10): 1292-1297

3. Simmons B and Vasile RG. The clenched-fist syndrome -- An unusual conversion phenomenon. J Hand Surgery 1980; 5:429-432

4. Krom J, Vasile RG, Gutheil T. The role of occupational therapy in the assessment of a young woman accused of murder. Psych Quarterly 1982;51: 85-96

5. Vasile RG and Shelton RP. Alleviating gastrointestinal side effects of lithium carbonate by substituting lithium citrate. J Clin Psychopharmacol 1982; 2(6): 420-423

6. Vasile RG and Shapiro LN. Open supervision: Modeling psychotherapy supervision as a teaching method for first-year psychiatric residents. 1982; Psych Quarterly 54(4): 254-259

7. Adler S, Vasile RG, Yunis E, Shapiro R. HLA in psychiatric and control subjects. J Psych Res 1985; 19:(4) 573-578

8. Bemporad J and Vasile RG. Classification of depression. Comp Therapy 1985;11(7):13-18

9. Bloomingdale KL, Vasile RG, Gudeman JE, Gerson B, Schildkraut JJ. The Dexamethasone Suppression Test (DST) and platelet monoamine oxidase (MAO) activity as predictors of psychosis in depression: A case report. Biol Psychiatry 1986; 21:390-393

10. Vasile RG, Samson JA, Bemporad J, Bloomingdale KL, Creasey D, Fenton BT, Gudeman JE,

Schildkraut JJ.  A biopsychosocial approach to treating patients with affective disorders.  Am J Psychiatry 1987; 144(3): 341-344

11. Vasile RG, Duffy FH, McAnulty G, Bear D, Mooney JJ, Bloomingdale K, Serchuck LK, Schildkraut JJ.  Abnormal visual evoked response in melancholia.  Biol Psychiatry 1989; 25: 785-788

12. Vasile RG, Duffy FH, McAnulty G, Mooney JJ, Bloomingdale K, Schildkraut JJ.  Abnormal flash visual evoked response in melancholia: A replication study. Biol Psychiatry 1992;31: 325-326

13. Saxe GN, Vasile RG, Hill TC, Bloomingdale K, van der Kolk BA.  SPECT imaging and multiple personality disorder. J Nervous and Mental Disease 1992; 180 (10): 662-663

14. Anderson JL, Vasile RG, Mooney JJ, Bloomingdale KL, Samson JA, Schildkraut JJ.   Changes in norepinephrine output following light therapy for fall/winter seasonal depression. Biol Psychiatry 1992; 32:700-704

15. Salzman C, Jimerson D, Vasile RG, Watsky E, Gerber J.  Response to SSRI antidepressants correlates with reduction in plasma HVA:  Pilot Study.  Biol Psychiatry 1993; 34: 569-571

16. Reich J, Perry J, Shera D, Dyck I, Vasile R, Goisman R, Rodriguez-Villa F, Massion A, Keller M.  Comparison of personality disorders in different anxiety diagnoses: Panic, agoraphobia, generalized anxiety disorder and social phobia.  Annals Clin Psychiatry. 1994; 6 (2): 125-134

17. Reich J, Goldenberg I, Goisman R, Vasile RG, Keller, MB.  A prospective follow-along study of social phobia. Psychiatry Res 1994; 54(3): 249-58

18. Reich J, Goldenberg I, Goisman R, Vasile RG, Keller, MB.  A prospective follow-along study of the course of Social Phobia II: Testing for basic predictors of course.  J Nervous and Mental Disease 1994; 182(5): 297-301

19. Schwartz RB, Komaroff AL, Garada BM, Gleit M, Doolittle TH, Bates DW, Vasile RG, Holman BL.  SPECT imaging of the brain: Comparison of findings in patients with chronic fatigue syndrome, AIDS dementia complex and major unipolar depression.  Am J Radiology 1994; 162:943-951

20. Goisman RM, Goldenberg I, Vasile RG, Keller MB.  Comorbidity of anxiety disorders in a multicenter anxiety study.  Comp Psychiatry 1995; 36 (4): 303-311

21. Goisman RM, Warshaw MG, Steketee GS, Fierman EJ, Rogers MP, Goldenberg I, Weinshenker NJ, Vasile RG, Keller MB.  DSM-IV and the disappearance of agoraphobia without a history of panic disorder:  New data on a controversial diagnosis. Am J Psychiatry 1995; 152: 1438-1443

22. Vasile RG, Schwartz RB, Garada B, Holman BL, Alpert M, Davidson PB and Schildkraut JJ.  Focal cerebral perfusion defects demonstrated by 99m Tc-Hexamethlypropyleneamine Oxime SPECT in elderly depressed patients.  Psychiatry Res Neuroimaging 1996; 67: 59-70

23.     Weinshenker NJ, Goldenberg I, Rogers MP, Goisman RM, Warshaw MG, Fierman EJ, Vasile RG, Keller MB.  Profile of a large sample of patients with social phobia:  Comparison between generalized and specific social phobia.  Depression and Anxiety 1996; 4:209-216

24.     Vasile RG, Goldenberg I, Reich J, Goisman RM, Lavori PW, Keller MB.  Panic disorder versus panic disorder with major depression:  Defining and understanding differences in psychiatric morbidity.  Depression and Anxiety 1997; 5: 12-20

25.     Vasile RG, Sachs G, Anderson JL, Lafer B, Matthews E, Hill T.  Changes in regional cerebral blood flow following light treatment for Seasonal  Affective Disorder:  Responders versus non-responders. Biol. Psychiatry 1997;42: 1000-1005

26.     Goisman  RM, Allsworth J, Rogers MP, Warshaw MG, Goldenberg I, Vasile RG Rodriguez-Villa F, Mallya G, Keller MB.  Simple phobia as a comorbid anxiety disorder.  Depression and Anxiety 1998; 7:105-112

27.     O'Connor M, Brenninkmeyer C, Morgan A, Bloomingdale K, Thall M, Vasile RG, Pasqua Leone A.  The Relative Effects of Repetitive Transcranial Magnetic Stimulation and Electroconvulsive Therapy on Mood and Memory: A cost/benefit analysis.  Cognitive and Behavioral Neurology 2003 16 (2): 118-127

28.     Bruce SE, Vasile  RG,  Goisman RM, Salzman C, Spencer M, Machan JT, Keller MB. Are Benzodiazepines Still the Medication of Choice for Patients With Panic Disoorder With or Without Agoraphobia ?   Am J Psychiatry 2003; 160: 1432-1438

29.     Vasile RG, Bruce SE, Goisman RM, Pagano M, Keller MB. Results of a Naturalistic Longitudinal Study of Benzodiazepine and SSRI Use in the Treatment of Generalized Anxiety Disorder and Social Phobia.  Depression and Anxiety 2005; 22:59-67


**Reviews:**

1.      Reich, J and Vasile RG.  The effect of personality disorders on the treatment outcome of Axis I conditions:  An update. J Nervous and Mental Disease 1993;181: 475-484.

2.      Vasile, RG.  Single photon emission computed tomography in psychiatry: Current perspectives.  Harvard Rev Psychiatry 1996; 4 (1): 27-38.

**Books, Monographs and Chapters:**

1.      Vasile RG, O'Loughlin M.  Introduction of a fee in a non-paying group.  Psychiatric Annals 1977; 7(2):58-68.

2.      Vasile RG.  James Jackson Putman:  From neurology to psychoanalysis.  Oceanside, New York: Dabor Science publications, 1978.

3.      Orsulak PJ and Vasile RG.  Clinical utility of measuring amitriptyline in plasma -- a case study.

Russell G. Vasile, M.D.                                                                                                                          13

therapeutic drug monitoring continuing education program. American Association of Clinical Chemistry, pp. 1-4, October, 1980.

4. Orsulak PJ, Appelbaum PS and Vasile RG. Tricyclic antidepressants -- Imipramine. The American Society of Clinical Pathologists Continuing Education Program, Clinical Pharmacology 3(3), 1982.

5. Vasile RG. Lithium and the treatment of affective disorders: A brief review. Therapeutic Drug Monitoring Continuing Education Program, pp. 1-4. American Association of Clinical Chemistry, March, 1983.

6. Bemporad J, Vasile RG. Psychotherapy for depression. In: Bellack AS, Hersen M, editors. Handbook of comparative treatments for adult disorders. New York: John Wiley and Sons, 1990, pp. 51-63.

7. Freidman R, Vasile RG, Gallagher RM, Benson H. Behavioral medicine and psychiatry: Differences and areas of collaboration. Directions in Psychiatry monograph series Vol 14, (8), 1994, pp. 1-7.

8. Vasile RG. Brain imaging and EEG in psychiatry. In: Jacobson JL, Jacobson AM, editors. Psychiatric Secrets. Philadelphia: Hanley and Belfus, 1995, pp. 46-52.

9. Vasile RG. Medical treatment of depression. In: Jacobson JL, Jacobson AM, editors. Psychiatric Secrets. Philadelphia: Hanley and Belfus, 1995, pp. 261-269.

10. Vasile RG. Brain imaging and EEG in psychiatry. In: Jacobson JL, Jacobson AM, editors. Psychiatric Secrets (2nd Edition). Philadelphia: Hanley and Belfus, 2000, pp. 44-50 (Revision of previously published chapter)

11. Vasile RG. Medical treatment of depression. Jacobson JL, Jacobson AM, editors. In: Psychiatric Secrets. (2nd Edition) Philadelphia: Hanley and Belfus, 2000, pp. 241-252. (Revision of previously published chapter)

12. Vasile RG, Anderson JL. Pathophysiology of Seasonal Affective Disorder: Neuroimaging. Partonen T, Magnusson A, editors. In: Seasonal Affective Disorder. London: Oxford University Press, 2001, pp. 237-245

**Abstracts**

1. Vasile R. Brain imaging - Neuropsychological correlations. Syllabus and Scientific Proceedings in Summary Form. New Research 24. American Psychiatric Association, New Research Program and Abstracts. p. 69; 1984.

2. Vasile RG, Bear DM, Duffy FH, Bloomingdale K, Serchuck LK, Schildkraut. Beam in melancholia: Visual evoked potentials. New Research 123. American Psychiatric Association, New Research Program and Abstracts, p. 78; 1986.

3. Vasile RG, Duffy F, McAnulty G, Mooney JJ, Bloomingdale K, Schildkraut JJ. Abnormal visual evoked potential in melancholia. New Research 213. American Psychiatric Association, New

Research Program and Abstracts, p. 126; 1989.

4.  Sampson JA, Vasile RG, Bloomingdale KL, et al. Catechol-cortisol correlations: Fact or Artifact? New Research 387. American Psychiatric Association, New Research Program and Abstracts, p. 195;1990.

5.  Anderson JL, Vasile RG. Changes in urinary catecholamine output following bright light therapy. Biol Psychiatry 27:150A, 1990.

6.  Vasile RG, Hill TC, Holman LB, Mooney JJ, Bloomingdale KL, Schildkraut JJ. Cerebral SPECT abnormalities in depression. New Research 244. American Psychiatric Association, New Research Program and Abstracts, p. 108; 1992.

7.  Vasile RG, Schwartz RB, Garada B, Holman BL, Schildkraut JJ. Cerebral SPECT findings in depression, New Research 471. American Psychiatric Association: New Research Program and Abstracts, p. 178; 1993.

8.  Vasile RG, Hill TC, Bradley FM, Bloomingdale KB, Schildkraut JJ. CBF after ECT for depression, New Research 445. American Psychiatric Association: New Research Program and Abstracts, p. 172; 1994.

9.  Vasile RG, Hill TC, Bradley FM, Bloomingdale KB, Schildkraut JJ. Increase in left frontal frontal cerebral blood flow following electroconvulsive treatment for depression. P-174-138 Neuropsychopharmacology, Vol. 10, No 3S, Part 2, p. 247S; May 1994.

10. Sachs G, Vasile RG, Anderson JL, Lafer B, Matthews E, Hill TC. Changes in regional cerebral blood flow after light therapy for seasonal affective disorder: Responders versus non-responders. The Society for Light Treatment and Biological Rhythms, Seventh Annual Meeting, Frankfurt, Germany June 1995.