**Harvard Medical School**
*Department of Psychiatry*



DAVID ROSMARIN, M.D.

**McLean Hospital**

*FORENSIC SERVICE*

LEGAL OFICE
115 MILL STREET
BELMONT, MA 02478-9106

TELEPHONE (617) 699-8113
Email: davidrosmarin@charter.net

| | |
|---|---|
| **Name:** | David Rosmarin, M.D. |
| **Date of Birth:** | January 30, 1952 |
| **Place of Birth:** | New York, NY |

**Education:**

| | |
|---|---|
| 1974 | A.B., Colgate University (Neuroscience) |
| 1976 | Stanford University School of Medicine First-year Medical Studies |
| 1980 | M.D., Boston University School of Medicine |

**Psychiatric Training:**
**Internship and Residencies:**

| | |
|---|---|
| 1980-82 | Resident in Surgery, Boston City Hospital, Boston |
| 1983-84 | Resident in Otolaryngology, New York University, NY |
| 1984-85 | Resident in Otolaryngology, Eastern Virginia School of Medicine, Norfolk |
| 1985-87 | Resident in Psychiatry, University of Massachusetts Medical Center, Worcester, MA |
| 1987-88 | Chief Resident, Forensic Psychiatry, University of Massachusetts Medical Center |
| 1987-88 | Special Student, Harvard Law School |

**Academic Appointments:**

| | |
|---|---|
| 1988- | Instructor in Psychiatry, Harvard Medical School |

**Licenses and Certification:**

| | |
|---|---|
| 1981 | Diplomate, National Board of Medical Examiners |
| 1982 | Massachusetts Medical License #49386 |
| 1989 | Diplomate, American Board of Psychiatry and Neurology, Inc. |
| 1994 | Diplomate, American Board of Psychiatry and Neurology, Inc., Special Qualifications in Forensic Psychiatry, Recertified 2002 |
| 1999- | Board Examiner for Psychiatry, American Board of Psychiatry and Neurology, Inc. |
| 2000-02 | Board Examiner in Forensic Psychiatry (authorship of national forensic examination) American Board of Psychiatry and Neurology, Inc. |

*A Teaching Facility of Harvard Medical School  /  An Affiliate of The Massachusetts General Hospital  /  A Member of Partners HealthCare Systems, Inc.*

**Honors**

| | |
|---|---|
| 1999 | Fellow, American Psychiatric Association |
| 2003 | Distinguished Life Fellow, American Psychiatric Association |
| 2003 | Councilor, American Academy of Psychiatry and the Law |

**Major Committee Assignments:**
**Hospital and Clinic**

| | |
|---|---|
| 1987-88 | AIDS Task Force, University of Massachusetts Medical Center |
| 1994-97 | Work Group on Mental Health Carve-outs, Harvard Community Health Plan |
| 1995 | Work Group on Mental Health Service Revision, Harvard Community Health Plan |
| 1995 | Work Group on Mental Health Medical Records/Computerization and Confidentiality Policy, Harvard Community Health Plan; Primary author of "Confidentiality/Computerized Mental Health Record Policy and Implementation." |

**Memberships, Offices and Committee Assignments in Professional Societies:**

| | |
|---|---|
| 1986-87 | American Medical Association |
| 1987- | American Psychiatric Association |
| 1987- | Massachusetts Psychiatric Society |
| 1988-94 | American Academy of Psychiatry and the Law Chairman, Task Force on HIV Disease |
| 1989-91 | American Psychiatric Association AIDS Steering Committee |
| 1989-94 | AIDS Commission, American Psychiatric Association |
| 1995 | Task Force on Medical Record Confidentiality, Massachusetts Psychiatric Society |
| 1997- | Chair (2001-)American Academy of Psychiatry and the Law, Committee on Peer Review of Forensic Testimony. |
| 2000- | Reviewer, The Journal of the American Academy of Psychiatry and the Law |
| 2000- | Book reviewer, American Psychiatric Press |
| 2002- | Co-chair, Forensic Psychiatry Committee, Massachusetts Psychiatric Association |

**Teaching Experience:**

| | |
|---|---|
| 1987- | Multiple lectures and grand rounds on HIV and forensic psychiatry |
| 1988 | Course Director, HIV, Psychiatry, and the Law, Annual Meeting of The American Academy of Psychiatry and the Law, Washington, D.C. |
| 1991-1997 | Course Director:  Massachusetts General Hospital, Psychiatry Resident Lecture series in law and psychiatry |
| 1992-99 | Multiple lectures on medico-legal aspects of managed care |
| 1994 | Course Director:  Computers, Mental Health Records and Confidentiality, Annual Meeting of the American Academy of Psychiatry and the Law, |

| | Puerto Rico |
|---|---|
| 1998 | Course: Diminished Capacity and Substance Abuse, Annual Meeting of the American Academy of Psychiatry and the Law, New Orleans, LA |
| 2001 | Course Director: Insanity and Diminished Capacity, Annual Meeting of the American Academy of Psychiatry and the Law, Boston, MA |
| 2002 | Course Director: Insanity and a Rampage Murder, Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA |
| 2003 | Violence in the Workplace: Assessment and Management, Millender Conference, Harvard Medical School |
| 2004 | Course Director: Detecting Deception from Demeanor in Forensic Psychiatry, Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, Arizona |
| 2004 | Course Director: Peer Review of Psychiatric Testimony: Head Injury, Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, Arizona |
| 2005 | Course Director: Zoloft-based Insanity Defense in a Twelve Year-old Annual Meeting of the American Academy of Psychiatry and the Law, Montreal, Canada |
| 2006 | Course Director: Two Views of Insanity: The Ohio Shooter Case, Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois |

## Principal Clinical and Hospital Service Responsibilities:

| | |
|---|---|
| 1982 | Emergency Room Physician, Martha's Vineyard Hospital |
| 1987-1988 | Psychiatry Consultant, Herbert Lipton Mental Health Center |
| 1988-1990 | Director of Psychiatry, Spectrum House, Inc., Westborough, MA |
| 1988-1989 | Medical Director, Forensic Care Unit for Women, Metropolitan State Hospital, Waltham, MA |
| 1989-1990 | Medical Director, Dual Diagnosis Unit (mental illness, drug abuse) Worcester State Hospital |
| 1989-1991 | Staff Psychiatrist (Medical Director, 1990) Together Inc. (Community Mental Health Center,) Marlboro, MA |
| 1990 | Rewrote medical staff policies and procedures for Worcester State Hospital |

## Clinical Responsibilities:

| | |
|---|---|
| 1988- | Private Practice, General and Forensic Psychiatry |
| 1990-1998 | Chief, Mental Health, Harvard Community Health Plan, Chelmsford, MA. This involved administration and supervision of fourteen clinicians in a busy clinic providing 1500 visits a month. The Department was widely regarded as the model department of fourteen health centers in terms of patient care and satisfaction, clinician productivity and overall-cost of care. |
| 1999-2000 | Staff Psychiatrist, Harvard Vanguard Medical Associates |
| 1990-2002 | Law and Psychiatry Service, Massachusetts General Hospital, Senior Forensic Psychiatrist.  Responsible for most adult murder evaluations. Multiple evaluations concerning malpractice and consultation to industry concerning emotional distress, disability, and dangerousness.  Responsible |

for resident training, Law and Psychiatry Course (1990-97)

| | |
|---|---|
| 1999-2005 | Forensic Psychiatrist, US Government |
| 2002- | Forensic Psychiatrist, McLean Hospital |
| 2002- | Director of Psychiatry, CareGroup Occupational Health Network, became Occupational and Environmental Health Network 2005 |

**Publications:**

Rosmarin, David    Tarasoff and HIV.  American Academy of Psychiatry and the Law Newsletter 1989; 14, 1:  20-22.

Rosmarin, David    Legal and Ethical Aspects of HIV Disease, in <u>A Psychiatrist's Guide to AIDS and HIV Disease</u>, American Psychiatric Association, Washington, D.C., 1990.

Rosmarin, David    HIV Infection, in <u>Fundamentals of Psychiatric Treatment Planning,</u> Kennedy, J. ed., American Psychiatric Press, Inc., Washington, D.C. 1992.

Rosmarin, David    AIDS and Forensic Psychiatry, in <u>Principles and Practice of Forensic Psychiatry</u>, Chapman & Hall, New York, 1994.