UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      *
   *
v.     *     CR 04-10230-JLT
   *
CHARLES PATEL, JR.,     *
   *

**ORDER APPOINTING EXPERT**

January 9, 2007

TAURO, J.,

It is hereby ordered that **Russell George Vasile, M.D.** is appointed the psychiatrist for the above captioned matter.

The doctor shall conduct a competency evaluation of the defendant, Charles Patel, pursuant to 18 USC Section 4241(b) and Federal of Criminal Procedure 12.2(c)(1)(A). Upon completion of the evaluation the doctor shall shall file a copy with the Court with copies provided to defense counsel and the attorney for the government.

The expert's compensation and expenses shall be paid for by the United States Government. A copy of the docket sheet is hereby attached for the benefit of Dr. Vasile.

SO ORDERED.           BY THE COURT,

/s/

Zita Lovett, Deputy Clerk