UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>)<br>**CHARLES PATEL, JR.** )<br>)<br>**Defendant.** ) | Criminal No. 04-10230-JTL |

**DEFENDANT'S MOTION SEEKING ORDER DIRECTING
NORFOLK COUNTY CORRECTIONAL FACILITY TO DISCLOSE
DEFENDANT'S MEDICAL FILE/RECORDS**

Now comes the defendant, Charles Patel, Jr. (Patel), by his attorney, Robert L. Peabody, Esq. of Nystrom, Beckman, & Paris, and moves this Honorable Court to <u>Order</u> the Norfolk County Correctional Center (Norfolk) located in Dedham, Massachusetts to permit Dr. Russell G. Vasile, M.D. to read and review the medical file of Patel – currently an inmate at the Norfolk facility -- as part of Dr. Vasile's ongoing competency evaluation he is conducting in accordance with the Court's January 9, 2007 Order appointing Dr. Vasile for this purpose.

In the spirit of fairness, Patel also asks the Court that in granting Defendant's Motion and issuing the requested Order, it also permit Patel's privately retained psychiatrist, Dr. Jerome Rogoff, the same opportunity to review Patel's medical file in the custody of the Norfolk facility. According to officials at Norfolk, a Court Order is required before any physician – even defendant's own physician – may review an internal medical file concerning one of Norfolk's inmates.

2

A draft ORDER reflecting the requested relief is attached to this Motion as Attachment A.

                                            Respectfully submitted,

                                            **CHARLES PATEL, JR.**
                                            By his attorney,

                                            **s/ Robert L. Peabody**
                                            Robert L. Peabody
                                            BBO No. 551936
                                            Nystrom, Beckman, & Paris
                                            10 St. James Avenue, 16th floor
                                            Boston, MA 02116
                                            617 778-9103

Dated: May 17, 2007

3

CERTIFICATE OF SERVICE

      I, Robert L. Peabody, pursuant to Local Rules 5.2 (b) and 5.4 (c), hereby certify that a true copy of the above document was served on Assistant U.S. Attorney Adam J. Bookbinder by electronic means on May 17, 2007.

      s/ Robert L. Peabody