**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Criminal No. 04-10230-JTL** |
| | ) | |
| | ) | |
| **CHARLES PATEL, JR.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

TAURO, J.,

It is hereby Ordered that the Norfolk County Correctional Center (Norfolk) located in Dedham, Massachusetts permit Dr. Russell G. Vasile, M. D. to review the medical file of inmate Charles Patel in connection with Dr. Vasile's competency evaluation that he is conducting pursuant to the Court's January 9, 2007 Order.

It is hereby furthered Ordered that Charles Patel's own physician, Dr. Jerome Rogoff, also be permitted to review the medical file of his patient Charles Patel.

SO ORDERED.                              BY THE COURT,

                                          _s/ _____