UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
|     ) | |
|           Plaintiff,     ) | |
| v.     ) | Criminal No. 04-10230-JTL |
|     ) | |
| CHARLES PATEL, JR.     ) | |
|     ) | |
|           Defendant.     ) | |

**DEFENDANT'S MOTION <u>TO</u> <u>SEAL</u> SUPPLEMENTAL REPORT OF DR. JEROME ROGOFF, M. D., IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO DETERMINE MENTAL CAPACITY/COMPETENCY OF DEFENDANT**

     Defendant, Charles Patel, Jr. (Patel), by his attorney, Robert L. Peabody, Esq. of Nystrom, Beckman, & Paris, respectfully moves this Honorable Court to <u>seal</u> the attached submission being filed in support of defendant's competency motion, pursuant to 18 U.S.C. §4241(a), (b) and Fed. R. Crim. P. 12.2(c) (1) (A), and in advance of Patel's hearing before the Court on September 6, 2006 at 2:15 P.M.

     In support of his motion, Patel states that the subject matter of the submission and its attached exhibit (A) involve private and confidential medical information pertaining Patel's mental health and well-being.  Sealing this pleading and its exhibits will protect Patel's privacy and ensure that such confidential medical information remains

confidential during the pendency of this matter.

    Respectfully submitted,

    **CHARLES PATEL, JR.**
    by his attorney,

    **s/ Robert L. Peabody**
    Robert L. Peabody
    BBO No. 551936
    Nystrom, Beckman, & Paris
    10 St. James Avenue, 16th floor
    Boston, MA 02116
    617 778-9103

Dated: August 27, 2007

## CERTIFICATE OF SERVICE

    I, Robert L. Peabody, pursuant to Local Rules 5.2 (b) and 5.4 (c), hereby certify that a true copy of the above document was served on Assistant U.S. Attorney Adam J. Bookbinder by electronic means on August 27, 2007.

    s/ Robert L. Peabody