UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Criminal No. 04-10230-JTL |
| ) | |
| **CHARLES PATEL, JR.** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S PROPOSED FINDINGS OF FACTS
REGARDING HIS COMPETENCY TO STAND TRIAL**

**Charges**

1.  Charles Patel (Patel) is charged in Count One with a "check kiting" scheme alleged to have occurred between December 1998 and February 1999.[1] *Indictment at 5-7; Vasile at 2*.[2]

2.  Patel's conduct allegedly involved writing and depositing 67 checks back and forth between Bank Boston and Wells Fargo Bank accounts resulting in inflated balances at both banks. *Indictment at 3; Vasile at 2*.

3.  Funds from Bank Boston and Wells Fargo accounts were transferred to other Patel accounts; some of these funds were used to pay business expenses, some of the funds were withdrawn as cash. *Indictment at 3; Vasile at 3*.

4.  Bank Boston suffered an approximate loss of $171,273; Wells Fargo suffered no loss. *Indictment at 3; Vasile at 3*.

5.  Patel repaid Bank Boston $90,759 of the $171,273 debt on or before November 1999. A balance of $80,514 remains. *Indictment at 3; Vasile at 2*.

6.  Patel was indicted in August 4, 2004. *Indictment at 1-13; Vasile at 3*.

7.  Patel has been in U. S. Marshal's custody since April 13, 2006, almost 19 months, and is currently housed at Norfolk County Correctional Center in Dedham, MA. *Vasile at 1*.

---

[1] Patel is charged in Count Two of the Indictment with a similar "check kiting" scheme that is alleged to have occurred between May 1998 and November 1999 and involved three different banks – Pan American Bank, Citizens Bank, and Carolina First Bank. These banks suffered <u>no</u> financial loss as a result of Patel's alleged activities. *Indictment at 8-10*.

[2] The "*Vasile*" citation refers to the June 8, 2007 evaluation of Patel's competency to stand trial prepared by Dr. Russell G. Vasile, M.D., and previously provided to the Court.

**Biographical information**

      a) **as related by Patel**

1. Patel was born at sea on route from Africa to India. *Rogoff at 2.* [3]

2. Patel grew up in Malawi (Africa) where his father was a pharmacist/accountant. *Vasile at 8.*

3. Patel's Father was born in London; his parents (deceased) were British citizens. *Rogoff at 2.*

4. Patel's parents came to the United States either in 1967 or 1968. *Vasile at 9.*

5. Patel's family owned a Pepsi-Cola bottling plant and several hotels; they also opened restaurants in Boston, Chicago, Washington D.C., California, and Texas; Patel worked closely with his father operating what became a successful business. *Rogoff at 2; Vasile at 9.*

6. Patel's father died in 2005 after suffering a stroke; Patel's father was demented with Alzheimer's Disease for 12 years prior to his death. *Rogoff at 2; Vasile at 9.*

7. Patel's Father was either 74 or 75 at the time of his death; Patel reported, later, that his father was 79 or 80 at death. *Rogoff at 2.*

8. Patel attended University of Illinois in Chicago for a few years, then dropped out to join family business. *Rogoff at 2. Vasile at 9.*

9. Patel married in 1975 (Rheema); has two adult children, a younger brother (Michael), a younger sister (Shandan); both siblings are married with children. *Rogoff at 2; Vasile at 9.*

10. Patel worked in variety of restaurant settings overseeing all aspects of restaurant operation. *Vasile at 9; Rogoff at 2.*

11. Patel has not worked for 3 to 4 years. *Vasile at 9;* R*ogoff at 2.*

12. Patel acknowledged that he is currently in jail because of "money problems" ("they say I owe money") but has no idea of the charges against him. Patel's lawyer told him something about money being owed, some was paid, but some still left, however Patel does not remember the substance. *Vasile at 8; Rogoff at 3.*

---

[3] The "Rogoff" citation refers to the September 26, 2006 evaluation of Patel's competency to stand trial prepared by Dr. Jerome Rogoff, M.D., and previously provided to the Court.

    **b) as related by Michael Patel (brother)**

1. Michael Patel (brother) reported that their father died of colon cancer following complications from surgery, <u>not</u> of a stroke as Patel reported. *Rogoff at 3.*

2. Michael Patel reported that their father died at 79, <u>not</u> at 74 or 75 as Patel initially reported. *Rogoff at 3.*

3. Their parents were born in India, <u>not</u> London as Patel reported. *Rogoff at 3.*

4. Their father suffered from Dementia for 8 years, <u>not</u> twelve (12) years as Patel reported. *Rogoff at 3.*

**<u>Patel's mental/physical health</u>**

    **a) as related by Patel**

1. Patel's medical problems include diabetes, high blood pressure, elevated cholesterol, and heart problems; Patel takes medication for these conditions. *Vasile at 9.*

2. Patel has suffered from the effects of Dementia for 5 or 6 years. *Vasile at 9.*

3. Patel stays at home; only leaves his house when accompanied by his wife, Rheema. R*ogoff at 2.*

4. Patel does not work anymore; Patel makes many "mistakes" and does not drive because he commonly gets lost, except near his home which is familiar. R*ogoff at 2.*

5. Patel is forgetful. On trips to the supermarket, Patel brings home items different than he was asked to get. R*ogoff at 2.* "Instead of one, I bring home three." *Vasile at 9.*

6. Patel's wife implores him to write things down so "I don't forget" and "take (his) medicine every day." *Vasile at 9.*

7. Patel no longer reads; has experienced concentration problems the past 4 or 5 years. R*ogoff at 2-3.*

8. Patel remembers events and relationships in his past, but has "trouble remembering more recent things." R*ogoff at 3.*

9. Patel reported that his lawyer showed me a paper [about this case], but he cannot remember anything about it. *Vasile at 9.*

**b) as related by Michael Patel (brother)**

1. Patel suffers from Diabetes, vision problems, and high blood pressure. *Rogoff at 3*.

2. Patel's Dementia has made compliance with prescribed medical treatment difficult for Patel. *Rogoff at 3*.

3. Patel functioned "well" until five years ago. *Rogoff at 3*.

4. Patel experienced difficulties with his memory around 2001. *Vasile at 7*.

5. Patel's symptoms included word finding difficulties and mild confusion. *Vasile at 7*.

6. Michael Patel described a gradual, slow deterioration of his brother's cognitive function characterized by Patel having difficulty attending to simple tasks. *Vasile at 7*.

7. Dr. William T. Riley, M.D. of Menlo Park, CA began seeing Patel in March 2004 and treated him through June 2004 (9 visits). *Rogoff at 3, 4*.

8. Dr. Riley treated Patel for Dementia, prescribed *Aricept* (donepezil) for a 6 to 8 week period -- 5 mgs. at first, then 10 mgs. No improvement was detected and medication was stopped altogether. *Rogoff at 3*.

9. Patel has had no history of psychiatric illness before seeing Dr. Riley. *Rogoff at 3*.

**c) as related by Rheema Patel (wife)**

1. Rheema Patel (wife) observed that Patel exhibited forgetfulness. *Vasile at 7*.

2. She had drive Patel to errands because Patel got lost when driving places himself. *Vasile at 7-8*.

3. When she gave Patel a shopping list for the grocery store, he commonly brought home the wrong items. *Vasile at 8*.

4. She has observed that Patel's memory loss has been gradual since its initial onset 6 years ago. *Vasile at 8*.

5. Rheema Patel helped Patel remember daily activities during the operation of McT's Lobster House in Gloucester, MA in 2003 and 2004. *Vasile at 8*.

**Patel's father diagnosed with Alzheimer's**

1. In September 2001, Patel's father, Chhitubhai P. Patel, was psychiatrically evaluated by Dr. John Chamberlain, M.D. (San Francisco) in connection with a Northern District of California criminal matter – <u>United States v. Chhitubhai P. Patel</u>, CR01-0071-PJH. *Rogoff at 4; Vasile at 5.*

2. Patel's father found to be demented with Alzheimer's according to Dr. Chamberlain's diagnosis. *Rogoff at 4; Vasile at 5.*

3. According to Dr. Chamberlain, there is no known treatment to reverse dementing process. *Vasile at 5.*

4. Patel's father was unable to understand the nature and consequences of the court proceedings and could not properly assist his attorney in his defense. *Vasile at 5 .*

5. Patel's father was found not competent to stand trial based on Dr. Chamberlain's evaluation. *Vasile at 5.*

**Dr. William T. Riley, M. D. -- June 10, 2004 assessment**

1. Dr. Riley saw Patel nine (9) times in 2004 for evaluation and treatment of Dementia between March and August 2004. *Rogoff at 4; Vasile at 6.*

2. Dr. Riley administered a Mini Mental Status Exam (MMSE) to Patel. *Rogoff at 4.*

3. Patel scored 8/30 points; within the demented range. *Rogoff at 4; Vasile at 6.*

4. Dr. Riley diagnosed Patel with Dementia, probably Alzheimer's and meeting all the DSM IV criteria. *Rogoff at 4; Vasile at 6.*

5. Dr. Riley prescribed Dementia medication, *Aricept*. *Vasile at 6.*

6. According to Dr. Riley, Patel lacks the capacity to manage his finances, he is unable to consent to medical treatment, or participate in legal proceedings. *Rogoff at 4; Vasile at 6.*

**Dr. Jerome Rogoff, M. D. – Patel evaluation**

    a)    **Results of Mini Mental Status Exam (MMSE) given by Dr. Rogoff**

1. Patel provided Dr. Rogoff with the correct date. *Rogoff at 4.*

2. Patel could not remember Dr. Rogoff's name, despite being given name by his attorney, brother, and Dr. Rogoff. *Rogoff at 4.*

3.      Patel knew he was in jail, but not <u>why</u> he was in jail, or <u>why</u> he was jailed in Boston (Norfolk County Correctional Center) and not California, his residence. *Rogoff at 4* .

4.      After several attempts, Patel recalled 4 digits *forward* and 3 digits *backward* that Dr. Rogoff had just recited for him. *Rogoff at 4.*

5.      Patel recited "serial 7's" rapidly and all were incorrect. *Rogoff at 4.*

6.      Patel recalled 2 out of 3 items 15 minutes after Dr. Rogoff had recited the three items to him. *Rogoff at 4.*

7.      Patel could not understand or articulate "similarities and differences" (i.e. compare and contrast). *Rogoff at 4.*

8.      Patel's knowledge was not consistent with his education level:

   ◦ Asked to list the past Presidents: i) "Bush…Bush…Nixon" ii) Clinton – "oh yes," but could not place him in order;
   ◦ Patel knew Cheney was in government but did not know that he was the Vice President;
   ◦ Patel could not name the Governor of California – Patel knew he was actor and foreign born but nothing more. *Rogoff at 4.*

9.      Patel unable to interpret any proverbs Dr. Rogoff recited to him. *Rogoff at 4.*

10.      When Patel was asked what to do upon finding a sealed, addressed, stamped letter, Patel said he would give it to "my wife" because she would know what to do with it. *Rogoff at 4.*

11.      When Patel was asked what to do if he discovered a fire in crowded theatre -- Patel replied that he did not know what to do, or, conversely, what not to do. *Rogoff at 4.*

        **b)     Dr. Rogoff -- Patel demented**

1.      Patel does not smile much; appears depressed but does <u>not</u> show signs or symptoms of depression. *Rogoff at 4.*

2.      Patel's presentation is consistent with "pseudo-depression" – i. e. Patel gives the appearance of emptiness, lack of visible emotion, flat affect, or detachment that resemble the symptoms of depression caused by his Dementia. *Rogoff at 4.*

3.      Dr. Rogoff concludes based upon his interview of Patel, Michael and Rheema Patel's description of Patel's increasingly poor functioning, his father's history of Alzheimer's, and Dr. Riley's diagnosis and treatment of Patel in 2004 that Patel is

suffering from a "dementing process" and experiencing deteriorating mental or cognitive functioning. *Rogoff at 4-5*.

### c) Dr. Rogoff – Patel is <u>not</u> competent to stand trial

1. Patel understands the workings of the court, what a trial is, and its consequences to him. *Rogoff at 5*.

2. Patel can also cooperate with his attorney. *Rogoff at 5*.

3. However, Patel's ability to provide his attorney with meaningful, essential information on which to build a defense case is "close to nil." *Rogoff at 5*.

4. Patel does not have the ability to give informed consent to any decision or course of action presented to him by his attorney, such as a plea bargain. *Rogoff at 5*.

5. Patel is <u>not</u> competent to stand trial. *Rogoff at 5*.

6. Patel's Dementia is <u>not</u> remediable. *Rogoff at 5*.

### <u>Dr. Russell G. Vasile, M. D. – Patel evaluation</u>

#### a) **Results of Mini Mental Status Exam (MMSE) given by Dr. Vasile**

1. Patel answered 2-1 = 1…3-1 = 1…100–7 = 96…96-7 = 82, when asked to do subtraction. *Vasile at 10*.

2. Dr. Vasile asked Patel to repeat "3...2...1" backwards; Patel replied "2…1...3." *Vasile at 10*.

3. Dr. Vasile asked Patel to repeat "8...4...2" and Patel did so correctly. *Vasile at 10*.

4. Dr. Vasile asked Patel to repeat "car…tree...Park Avenue." Patel responded "car…park…flowers." *Vasile at 10*.

5. Dr. Vasile asked Patel what an apple and orange have in common. Patel replied, "I don't know…you eat them." *Vasile at 10*.

6. Dr. Vasile asked Patel what a table and chair have in common. Patel replied, "I don't know…you use a chair to sit." *Vasile at 10*.

7. Dr. Vasile asked Patel what a dog and cat have in common Patel replied, "I don't know." *Vasile at 10*.

8. Dr. Vasile asked Patel what to do if he found a stamped-addressed envelope on ground. Patel replied that he did not understand the question. *Vasile at 10*.

9.     Dr. Vasile asked Patel what to do if someone yelled "fire" in movie theatre. Patel replied that he would not know what to do. *Vasile at 10.*

10.     Dr. Vasile asked Patel to explain what certain proverbs meant. Patel could not explain any of them, except "don't cry over spilled milk." Patel answered "I don't drink milk." *Vasile at 10.*

11.     Dr. Vasile asked Patel to list the past Presidents? "Bush and Reagan" was all Patel could relate. *Vasile at10.*

12.     Dr. Vasile asked Patel to identify the Governor of California. Patel replied, "Davis," referring to former governor Gray Davis. *Vasile at 10.*

        **b)**     **Dr. Vasile's Psychiatric Diagnostic -- Patel's capacity to assist counsel in his defense is inconclusive.**

1.     According to Dr. Vasile, Patel presented no evidence of mental illness that would impair his ability to cooperate rationally with his attorney or preclude a collaborative relationship with an attorney. *Vasile at 11.*

2.     Patel has a basic understanding of the legal process. *Vasile at 11.*

3.     However, Dr. Vasile noted that Patel's competence to stand trial is "called into question" by his apparent inability to recall meaningful details related to his actions that lead to the indictment against him. *Vasile at 11.*

4.     Patel's stated inability to recall any of the transactions that led to the instant charges raises question in Dr. Vasile's opinion whether Patel could meaningfully assist his attorney in his own defense. *Vasile at 11.*

5.     Dr. Vasile raises "serious question" whether Patel's "cognitive dysfunction" precludes him from recollecting events and assisting his attorney in his defense. *Vasile at 11.*

7.     Results of Dr. Mark Greenberg's neuropsychological testing, according to Dr. Vasile, is consistent with malingered cognitive deficits in establishing/supporting Dementia diagnoses. *Vasile at 12-13.*

8.     Patel's failure to elaborate answers to questions on this topic is also consistent, according to Dr. Vasile, with malingering. *Vasile at 13.*

9.     Dr. Vasile cannot "precisely define" Patel's cognitive status due to Patel's inability to elaborate answers to questions about his capacity to assist counsel in his own defense. *Vasile at 13.*

10. Dr. Vasile, therefore, leaves the final decision regarding Patel's competence to stand trial "in the hands of the Court." *Vasile at 13*.

**Dr. Rogoff rebuttal**

      **a)**     **Dr. Mark S. Greenberg's neuropsychological test results**

1. Results of one neuropsychological test administered by Dr. Greenberg (Verbal Validity Test) indicated Patel was <u>not</u> engaged in the testing process, expended "insufficient effort" to respond correctly and gave "suboptimal attention and concentration" during testing process. *Rogoff Sup. at 1-2* [4]; *Greenberg at Page 2.*[5]

2. Patel's responses on neuropsychological tests may reflect "lack of desire to perform well resulting from Apathy regarding the evaluation process" and not necessarily reflect malingering. *Rogoff Sup. at 1-2; Greenberg at page 5*.

3. Malingerers do not act detached; instead, they attempt to answer <u>all</u> questions incorrectly. Patel was able to answer some questions during the testing process correctly. *Rogoff Sup. at 2*.

4. Apathy a common symptom of Alzheimer's. (<u>See</u>, *Apathy and its Treatment in Alzheimer's Disease and Other Dementias*, Paul F. Molloy, Ph.D. and Patricia A. Boyle, Ph. D.") *Rogoff Sup. at 2*.

5. Patel's poor attention/concentration during testing symptomatic of cognitive problems seen in Alzheimer's patients and not attributable, exclusively, to malingering. *Rogoff Sup. at 2.*

      **b)**     **Alzheimer's Disease**

1. Alzheimer's is a progressive disease with a steady, downhill course. *Rogoff Sup. at 3*. Patient's decline, however, is variable. *Rogoff Sup. at 3*.

2. Alzheimer's patients can experience short-term improvements followed by declines. *Rogoff Sup. at 3*.

3. Behavioral symptoms of Alzheimer's vary greatly in patients. *Rogoff Sup at 3*.

---

[4] The "*Rogoff Sup.*" citation refers to the August 1, 2007 supplemental evaluation of Patel's competency to stand trial prepared by Dr. Jerome Rogoff, M.D., and previously provided to the Court.

[5] The "*Greenberg*" citation refers to the Validity Indicator Profile Interpretive Report, dated 03/30/07, evaluating Patel's competency to stand trial and prepared by Dr. Mark S. Greenberg, Ph. D. and previously provided to the Court.

4. Besides Patel's memory problems, Patel's apathy (flat affect) may be the "cardinal affective and behavioral symptom" of his Alzheimer's condition. *Rogoff Sup. at 3*.

5. Patel's Alzheimer's does not follow usual course of disease. *Rogoff Sup. at 3*.

### c) Psychiatric diagnosis

1. Evaluations of Drs. Riley, Rogoff and Vasile and results of Dr. Greenberg's neuropsychological testing do not conclusively demonstrate that Patel is malingering and not demented, or, that Patel is demented and not malingering. *Rogoff Sup. at 2*.

2. These competency evaluations conducted by four experienced practitioners suggest, instead, that Patel presents a complex picture explained by a combination of conditions that include the following.

    i) moderate to moderately severe cognitive decline (i.e. early to mid-stage Alzheimer's);
    ii) apathetic affect symptomatic of Dementia that explains or is consistent, in part, with Dr. Greenberg's neuropsychological findings; and
    iii) a measure of calculated malingering to make himself appear worse off than he is. *Rogoff Sup. at 2-3*.

### d) Competency

1. Can Patel can assist counsel in his own defense? – Dr. Rogoff says he cannot. *Rogoff Sup. at 4*.

2. Patel's presentation indicates that he is demented and cannot remember accurately what he must remember to assist his attorney mount a defense. *Rogoff Sup. at 4*.

3. Dr. Riley's 2004 diagnosis is significant -- Patel's suffers from Dementia and is incompetent to participate in legal proceedings. *Rogoff Sup. at 4*.

4. Michael and Rheema Patel's descriptions of Patel's memory loss and forgetfulness should not be discounted. *Rogoff Sup. at 4*.

5.     Viewed all together, Patel is incompetent to stand trial because he cannot – as opposed to will not – sufficiently and meaningfully assist counsel in defending him. *Rogoff Sup. at 4.*

    Respectfully submitted,

    **CHARLES PATEL, JR.**
    by his attorney,

    **s/ Robert L. Peabody**
    Robert L. Peabody
    BBO No. 551936
    Nystrom, Beckman, & Paris
    10 St. James Avenue, 16th floor
    Boston, MA 02116
    617 778-9103

**Dated**: October 18, 2007

CERTIFICATE OF SERVICE

I, Robert L. Peabody, pursuant to Local Rules 5.2 (b) and 5.4 (c), hereby certify that a true copy of the above document was served on Assistant U. S. Attorney Adam J. Bookbinder by electronic means on October 18, 2007

    s/ Robert L. Peabody