**William T. Riley, M.D.**
**1220 University Drive, Suite 201**
**Menlo Park, California 94025**
Telephone (650) 740-2063

June 10, 2004

To Whom It May Concern:

    Chuck Patel, DOB 9/27/50, has been under my care since 3.11.04 for evaluation and treatment of Dementia.

    A thorough examination, review of medical and family history, and personal interviews with his physician and his wife reveals the finding that Mr. Patel has a primary medical diagnosis of Dementia, probably Alzheimers meeting all the DSMIV criteria. He is currently receiving dementia medications.

    Based on my evaluation and treatment it is my opinion that Mr. Patel lacks capacity to manage his finances and property in his own best interest. He also lacks the insight, judgment, capacity to consent to medical treatment or to participate in legal proceedings.

    Sincerely,

    William Riley, MD

**William T. Riley, M.D.**
1220 University Drive, Suite 201
Menlo Park, California 94025
Telephone (650) 740 - 2063

June 10, 2004

To Whom It May Concern:

Chuck Patel, DOB 9/27/50, has been under my care since 3.11.04 for evaluation and treatment of Dementia.

A thorough examination, review of medical and family history, and personal interviews c̄ his physician and his wife reveals the finding that Mr. Patel has a primary medical diagnosis of Dementia, probably Alzheimer's, meeting all the DSM IV criteria. He is currently receiving Dementia medications.

Based on my evaluation & treatment it is my opinion that Mr. Patel lacks capacity to manage his finances and property in his own best interest. He also lacks the insight, judgment, capacity to consent to medical treatment, or to participate in legal proceedings.

Sincerely,
William T. Riley, M.D.