UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10230-JLT |
| v. ) | |
| CHARLES PATEL, JR. ) a/k/a CHANDRAKANT PATEL, JR.) a/k/a CHANDU PATEL ) a/k/a CHANDO PATEL ) | |

JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude from the Speedy Trial clock the time from September 6, 2007, through the date of the next status conference in this case. Although this conference has not yet been scheduled, the Court will be able to schedule it as soon as it rules on the pending Motion for Order of Competency to Stand Trial.

This time can be excluded on several bases. First, the Government's Motion for Order of Competency to Stand Trial has been pending since August 27, 2007. Docket #47. While the Court conducted a hearing on this motion on September 6, 2007, the Court then ordered the parties to file proposed findings of fact and conclusions of law. Docket 9/6/07. The parties submitted the proposed findings by October 18, 2007. Docket ##52, 53. Thus, the time from September 6, 2007 until at least November 18, 2007 (30 days after the briefing and hearing on the pending motion) is excludable under 18 U.S.C. §3161(h)(1)(F). Furthermore, delay resulting from proceedings, including examinations, to determine the mental competency of a defendant is specifically excludable under 18 U.S.C. §3161(h)(1)(A).

Once the Court rules on the Motion for an Order of Competency, it will likely need to schedule a status conference with the parties, either to set a trial date (if the defendant is competent),

or to discuss when to reassess his competence after he receives treatment (see 18 U.S.C. §4241(d)). The parties therefore also ask the Court to exclude the time from September 6, 2007 to the date of this status conference under 18 U.S.C. §3161(h)(8)(A), on the grounds that the ends of justice served by taking the time to properly assess the defendant's competency and then determine how best to proceed with this case outweighs the defendant's and the public's interest in a speedy trial.

The parties therefore ask that the Court exclude from the Speedy Trial clock the time from September 6, 2007 through the date of the next status conference.

                      Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | ROBERT L. PEABODY<br>Counsel for Patel |
| By:   /s/ Adam Bookbinder<br>       Adam J. Bookbinder<br>       Assistant U.S. Attorney |  /s/ Robert Peabody<br>Nystrom, Beckman & Paris<br>10 St. James Avenue, 16th Floor<br>Boston, MA  02116<br>(617) 778-9103 |

Dated: November 1, 2007