**Brigham and Women's Hospital**

Brigham Internal Medicine Associates
Aaron S. Kesselheim, M.D.

Email: akesselheim@partners.org

January 9, 2008

Robert L. Peabody, Esq.
Nystrom Beckman & Paris, LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116

        Re: Chandrakant "Charles" Patel, DOB Sept 27, 1950
        <u>United States v. Charles Patel, No. 04-10230-JLT</u>

Dear Mr. Peabody,

At your request, I interviewed Mr. Chandrakant Patel at the Norfolk County Correctional Center ("NCCC") in Needham, MA, on December 27, 2007 to assess his current medical condition and general health. At that time, I reviewed his NCCC medical records. I spoke with his brother, Mahendra Patel, M.D., on December 17, 2007, and reviewed background materials sent to me by Dr. Patel. I also reviewed the materials you sent me from prior psychiatric evaluations of Patel, including reports from Jerome Rogoff, M.D. (dated Sept 26, 2004), William T. Riley, M.D. (dated Jun 10, 2004), Russell G. Vasile, M.D. (dated Jun 8, 2007), Mark S. Greenberg, Ph.D. (dated Jun 5, 2007), and John R. Chamberlain, M.D. (dated Sept 26, 2001).

I am a Board Certified physician specializing in internal medicine. I received my M.D. degree from the University of Pennsylvania School of Medicine and completed my residency training in internal medicine at Brigham and Women's Hospital in Boston. I have a license to practice medicine in Massachusetts. I am currently an attending physician at Brigham and Women's Hospital, the Dana-Farber Cancer Institute in Boston, and Faulkner Hospital in Jamaica Plain. I am responsible for the primary care of over a hundred adult patients at my outpatient internal medicine practice. I am also an Instructor in Medicine at Harvard Medical School.

Briefly, Patel is a 57 year-old male born in India. He has been married for 36 years and is the father of two healthy children. He does not smoke cigarettes or drink alcohol to excess. He reports no illicit drug use now or in the past. An assessment of his current medical problems follow:

1. <u>Diabetes</u>. He developed adult-onset diabetes mellitus (Type II) around 1992. His diabetes was initially controlled with diet modifications and then with oral medications. Currently, he takes Avandia 4 mg twice a day and Metformin 1000 mg twice a day, two oral medications that treat diabetes. Patel's Hemoglobin A1c, a measure of the overall control of his diabetes, has varied from 6.5% to 7.3% from June 2006 to October 2007. The goal for patients with diabetes is <6.5%, meaning that Patel's diabetes remains inadequately controlled. Treating diabetes and slow diabetes-related complications (see below) requires a diet low in sugar and carbohydrates. Patel reported that due to religious reasons, he avoids meat products and as a result, his diet is limited to mostly bread, pasta, salad, and peanut butter and jelly sandwiches (i.e., foods heavy in both carbohydrates and simple sugars).
   - <u>Recommendations</u>: Patel needs more intensive management of his diabetes. His current medication regimen could be adjusted to lower his Hemoglobin A1c value, and given his cardiovascular comorbidities, he should be switched off of Avandia. He also needs to follow a better diet to help him keep his diabetes under optimal control.

2. <u>Diabetic Retinopathy</u>: A major side effect of diabetes can be progressive retinal pathology, leading to blindness. An ophthalmologist first noted retinopathy (worse on the right than on the left) in Patel around 2005 and recommended a series of approximately 10 laser photocoagulation therapies. Patel received 3 treatments prior to his incarceration. During his incarceration, Patel received a dilated eye examination at

Shattuck Hospital in 2005 that noted "possible early clinically significant macular edema" (which is a sign of retinopathy) and recommended repeat examinations to evaluate progress of the disease. Patel did not participate in any further examinations. Patel reports frequent tear production and "itchiness" in his right eye. In my examination, Patel had 20/20 vision in his left eye (with glasses on) and claimed he could not see the top line of the eye chart with his right eye (indicating a visual acuity of worse than 20/200).
- Recommendations: Patel needs evaluation by an ophthalmologist, including a dilated eye examination and resumption of laser photocoagulation therapy for his diabetic retinopathy (which contributes to impaired vision) in order to improve his vision in his right eye and prevent further vision loss in his left eye.

3. Chronic kidney disease: Patel has significant chronic kidney disease. In July 2007, his kidney function (glomerular filtration rate (GFR)) was substantially less than normal at 35 mL/min/1.73 m$^2$ (normal >93). Nephropathy can be a major complication of diabetes and hypertension. This complication presents with microalbuminuria (low levels of protein in the urine) and progresses to chronic kidney disease and then to renal failure necessitating hemodialysis. Medications called angiotensin converting enzyme inhibitors (ACE-Is) or angiotensin II receptor blockers (ARBs) have been shown to halt progress of kidney disease in diabetic patients.
- Recommendations: Patel needs improved medical care of his chronic kidney disease. He is not currently being prescribed an ACE-I or ARB. Better diabetes management, as outlined above, would prevent further deterioration of his kidney function and slow progress to end stage renal disease requiring hemodialysis. He needs to have his parathyroid hormone level checked to evaluate whether he has evidence of abnormal vitamin D metabolism.

4. Hypercholesterolemia: Patel is currently taking Lipitor 20 mg each day to lower his cholesterol. In July 2007, his cholesterol was 160, his low-density lipoprotein (LDL) cholesterol was 100, and his high-density lipoprotein (HDL) cholesterol was 33. For diabetic patients, the goal LDL cholesterol is <100.
- Recommendations: Patel needs improved medical care of his cholesterol to lower his LDL level. This may involve adjustment of his medication and management of his diet.

5. Anemia: Patel's red blood cell level (hematocrit) is lower than normal for men his age. In July 2007, his hematocrit level was 34.9 (normal 38-44) and in October 2007 his hematocrit level was 32.8. There are a number of reasons he could have anemia. It could be from gastrointestinal blood loss (perhaps from an ulcer), certain types of cancer, or vitamin/mineral deficiencies. Another likely factor contributing to Patel's anemia is his chronic kidney disease. The kidneys produce a hormone that stimulates red blood cell production, and that hormone is diminished in people with chronic kidney disease.
- Recommendations: Patel needs a formal evaluation of his anemia, including a range of blood tests and stool studies to see whether he has any occult gastrointestinal bleeding. Patel has reported "black, tarry stools," which can herald such bleeding. If Patel has blood in his stool, he needs to see a gastroenterologist for an endoscopic evaluation of his stomach and duodenum, and may need treatment with a proton-pump inhibitor to suppress the acid level in his stomach.

6. Heart disease: Patel has a number of risk factors that increase his odds of having coronary artery disease, including diabetes, hypercholesterolemia, hypertension, and chronic kidney disease. He currently takes Aspirin 81 mg each day and his heart rate is well-controlled at 60 beats per minute. Patel reported to me that in walking around his small holding cell, he occasionally gets "dizzy." Patel's dizziness may be a sign of angina or significant coronary artery disease.
- Recommendations: Patel has a 10% chance of having a cardiac event in the next ten years. Given this higher-than-normal risk, Patel needs more intensive management of his risk factors, including improvement of his diabetes and hypercholesterolemia. Patel may also benefit from a stress test to evaluate whether he has significant coronary artery disease.

7. Dementia: Patel has a family history of Alzheimer's Dementia (AD). Patel was diagnosed with early AD five years ago and started on a medication to prevent progress of the disease, which he took briefly. In

2004, Patel was examined by two psychiatrists (Dr. Rogoff and Dr. Riley) who both supported the diagnosis of early AD. In 2007, Patel was examined by a clinical neuropsychologist, Dr. Greenberg, who did not support the diagnosis. Though I am not a psychiatrist and did not have neuropsychological testing tools at my disposal, I noted that Patel had retained long-term memory, but seemed to struggle with remembering details. His short-term memory was also retained, although he had word-finding difficulties when communicating. The presentation of his cognitive deficits was generally consistent with those reported by Drs. Rogoff, Riley, and Greenberg. There is debate as to whether Patel has Alzheimer's Dementia, but there is general agreement that he demonstrates some cognitive deficits.
- <u>Recommendations</u>: Patel should re-establish a relationship with a psychiatrist and/or cognitive neuropsychologist to determine whether he is a candidate for medical or behavioral therapy to treat his cognitive deficits (or early Alzheimer's Dementia).

8. <u>Diabetic Neuropathy and Foot Care</u>: Another major side effect of diabetes can be progressive loss of lower extremity sensation and foot disease due to poor blood flow. Diabetic patients should have their feet examined at least annually and should see a podiatry specialist if there is any pathology. On my examination, Patel's pedal pulses were brisk, a monofilament test elicited no sensory deficits, and Patel had significant toenail pathology consistent with a fungal infection called Onychomycosis, which is not being treated.
   - <u>Recommendations</u>: Patel needs improved foot care to avoid podiatric-related complications of his diabetes. Specifically, he needs podiatric examination for nail management and medical treatment of his Onychomycosis.

9. <u>Hypertension</u>: Patel has had hypertension since 1997. He is currently being treated with Hydrochlorothiazide 25 mg once a day and Atenolol 50 mg once a day. The goal blood pressure for patients with diabetes is <130/80. Patel reports no symptoms concerning for heart failure. Patel's blood pressure was 126/70 in his right arm and 118/70 in his left arm. An electrocardiogram done in July 2007 showed no evidence of strain of the heart muscle.
   - <u>Recommendations</u>: Patel's hypertension is under good control, but the existence of hypertension in this patient can contribute to his kidney disease and cardiovascular risk.

10. <u>Other Health Maintenance items</u>:
    - <u>Dental caries</u>: Patel reports significant tooth pain in his right lower molar region. It has been worsening over the past year and causes him pain while eating. On my exam, he had no obvious abscess or infection in the area. Patel needs consultation with a dentist to determine whether he has dental caries and whether he needs a root canal evacuation or tooth extraction in that area.
    - <u>Screening for Colon Cancer</u>: Patel has not had a colonoscopy, despite the fact that current guidelines call for people over age 50 to have such an examination, and more frequent screening for people like Patel with a substantial family history of colon cancer. Patel needs a colonoscopy to evaluate whether he may have cancerous or pre-cancerous lesions in his colon.

<u>Summary</u>: Patel is medically stable but he is only in fair general health. His health care is being suboptimally managed in a number of different ways outlined above. Continuing current management could contribute to worsening morbidity or mortality in the future. Coordinating the various medication changes, studies, and tests he needs to improve his general health status can effectively be accomplished outside of his current incarcerated setting. Please feel free to contact me with any questions or to discuss my evaluation and recommendations.

Sincerely,

Aaron S. Kesselheim, M.D.