| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:04CR10230-01-JLT |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Charles Patel, Jr. | DISTRICT OF MASSACHUSETTS | Boston |
| | NAME OF SENTENCING JUDGE | |
| E-filing | Joseph L. Tauro | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 18, 2008 — TO January 17, 2011 |

| OFFENSE |
|---|
| Cts. 1 & 2: Bank Fraud, 18 U.S.C. § 1344(1) |

CR 08  0261  WHA

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/20/08_  
Date

_/s/ J. Tauro_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4/15/08_  
Effective Date

_/s/_  
United States District Judge